Form ntcconf (01/2014)

## UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

    Joan Raider Rawlings

    Debtor(s).

Case Number: 22−10025−TWD
Chapter: 13

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **April 5, 2022** by U.S. Bankruptcy Court Judge **Timothy W. Dore**.

Dated: April 5, 2022

                                      Mark L. Hatcher
                                      Clerk, U.S. Bankruptcy Court