UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

JOAN RAIDER RAWLINGS,

            Debtors.

Case No. 22-10025-TWD

Chapter: 13

DECLARATION OF MARCUS QUINTANA IN SUPPORT OF DEBTORS' MOTION TO APPROVE REVERSE MORTGAGE

I, Marcus Quintana declare as follows:

1.     I am a loan originator at High Tech Lending, Inc. dba Golden Heritage Financial and I have personal knowledge of the information in this declaration.

2.     I have been working with Joan Raider Rawlings and her attorney for several months to approve Ms. Rawlings for a reverse mortgage on her property located at 4534 NE 204th Pl, Lake Forest Park, WA 98155 ("Residence").

3.     The financing transaction commonly referred to as a reverse mortgage either advances in a lump sum or in installments a sum of money based on the age of the borrower, the interest rate at closing and the equity in the real estate.

*See* htpp://www.reversemortagelenders.org. The unique feature of a reverse mortgage loan is that no payment is due until the borrower no longer owns or occupies the home as his principal residence.

4.     Since January 2022, I have worked with Ms. Rawlings and she has received the

DECLARATION OF MARCUS
QUINTANA IN SUPPORT OF MOTION
TO APPROVE REVERSE
MORTGAGE - 1

HENRY & DeGraaff, PS
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

required disclosures and requirements for a reverse mortgage, and she has completed the required HUD Home Equity Conversion Mortgage (HECM) counseling that is required of all reverse mortgage borrowers.

5. Based on a recent appraisal, the home is valued at $1,225,000 and there are funds available to pay the $626,412.59 plus required interest and reserves to pay the claim held by U.S. Bank National Association, as Trustee for Master Adjustable Rate Mortgages Trust 2007-2 Mortgage Pass-Through Certificates, Series 2007-2 (**U.S. Bank**) and serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper (**Mr. Cooper**) subject to approval of the bankruptcy court's approval of the settlement of her pending lawsuit with US Bank and Mr. Cooper. A copy of the appraisal is attached **Exhibit A**.

6. Due to issues that delayed approval of this loan, the interest rate has increased on the reverse mortgage to 9.365% and the mortgage debt limit on the loan was also reduced by $100,000. A loan estimate is attached hereto as **Exhibit B.**

7. As I understand it, this reverse mortgage will be funded by a loan from Finance of America Reverse LLC, and $60,000 in funding from the Homeownership Assistance Funds Pilot (HAF Pilot) funded by the Treasury Department and funds from Ms. Rawlings in the amount of $5,000. The estimated HUD-1 is attached hereto as **Exhibit C** and reflects the amounts to be paid in this reverse mtg loan.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of July 2022 at Bellevue, WA.

_Marcus Quintana_

DECLARATION OF MARCUS
QUINTANA IN SUPPORT OF MOTION
TO APPROVE REVERSE
MORTGAGE - 2

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

# EXHIBIT A

# Uniform Residential Appraisal Report

MIS-51938
**File #** 2200022536

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 4534 NE 204th Pl | City Lake Forest Park | State WA | Zip Code 98155 |
| Borrower Joan Raider Rawlings | Owner of Public Record Joan Raider Rawlings | County King |

Legal Description LAKE FOREST HEIGHTS #2 TGW UND INT IN TR C PLAT BLOCK: PLAT LOT: 43

Assessor's Parcel # 401711-0430   Tax Year 2021   R.E. Taxes $ 8,194

Neighborhood Name Lake Forest Park   Map Reference 42644   Census Tract 0215.00

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0  ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client Finance Of America Reverse LLC   Address 8023 East 63rd Place, Suite 700, Tulsa , OK 74133

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). NWMLS/Realist/County Records

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 85 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 580 Low 0 | | Multi-Family | 3 % |
| Neighborhood Boundaries   Subject was bound by 228th St to the North, by Locust Way to the East, by | | | | | | 1,750 High 115 | | Commercial | 7 % |
| SR-104 to the South and by I-5 to the West. | | | | | | 1,340 Pred. 42 | | Other | % |

Neighborhood Description   Neighborhood was centrally located to all major facilities such schools, shopping, employment and major transportation. Older style homes prevail with some newer styles apparent. Neighborhood had adequate employment stability, police and fire protection. Neighborhood conforms to other neighborhoods in appeal and maintenance level overall.

Market Conditions (including support for the above conclusions)   See attached addenda.

**SITE**

| | |
|---|---|
| Dimensions See Attached Plat Map | Area 9626 sf | Shape Mostly Rectangular | View N;Res; |

Specific Zoning Classification RS 9600   Zoning Description Single Family Residential(minimum lot size 9600sf)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley none | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 53033C0044G   FEMA Map Date 08/19/2020

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

No apparent adverse encroachments, easments or other adverse factors were noted. No apparent functional or external inadequacies. Subject site appears to be average for the area in topography.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | Concrete/ Avg | Floors | Cpt/Hw/Tile/Vin/Avg |
| # of Stories 2 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | Wood/ Avg | Walls | Drywall/ Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 930 sq.ft. | | Roof Surface | Composition/Avg | Trim/Finish | Wood/ Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 100 % | | Gutters & Downspouts | Aluminium/ Avg | Bath Floor | Tile/Vinyl/ Avg |
| Design (Style) Contemp | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type | Vinyl/ Avg | Bath Wainscot | Tile/Vinyl/ Avg |
| Year Built 2004 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | Insulated/ Avg | Car Storage | ☐ None |
| Effective Age (Yrs) 10 | | ☐ Dampness ☐ Settlement | | Screens | Mesh/ Avg | ☒ Driveway  # of Cars 2 |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) # | | Driveway Surface concrete |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Elec | | ☒ Fireplace(s) # 3 ☒ Fence wood | | ☒ Garage  # of Cars 2 |
| ☐ Floor ☒ Scuttle | | Cooling ☐ Central Air Conditioning | | ☒ Patio/Deck wd/cc ☒ Porch wd/cc | | ☐ Carport  # of Cars 0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☒ Other None | | ☐ Pool None ☐ Other None | | ☐ Att. ☐ Det. ☒ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area **above** grade contains: 6 Rooms  3 Bedrooms  1.1 Bath(s)  1,747 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Average general landscaping, textured walls and ceilings, covered porch.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C3;No updates in the prior 15 years;The subject property was built in 2004 with superior grade of materials and workmanship. The subject has had periodic maintenance and updates and is currently in average condition for a home of its age. There were no significant items observed that needed immediate repair. At the time of inspection the subject's utilities were on/functional, there were working CO/smoke detectors and the water heater was double strapped.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011   Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

# Uniform Residential Appraisal Report

| | | | |
|---|---|---|---|
| There are **5** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **774,950** to $ **1,350,000** . | | | |
| There are **93** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **625,000** to $ **1,680,000** . | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 4534 NE 204th Pl | 5914 NE 201st St | 20103 51st Ave NE | 18550 53rd Ave NE |
| | Lake Forest Park, WA 98155 | Kenmore, WA 98028 | Lake Forest Park, WA 98155 | Lake Forest Park, WA 98155 |
| Proximity to Subject | | 0.60 miles E | 0.23 miles SE | 0.97 miles SE |
| Sale Price | $ | $ 1,150,000 | $ 1,440,000 | $ 1,680,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 664.74 sq.ft. | $ 888.89 sq.ft. | $ 1005.99 sq.ft. |
| Data Source(s) | | NWMLS#1863662;DOM 6 | NWMLS#1889554;DOM 5 | NWMLS#1902004;DOM 5 |
| Verification Source(s) | | Realist/KingCountyWebsite | Realist/KingCountyWebsite | Realist/KingCountyWebsite |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s01/22;c11/21 | +57,500 | s03/22;c02/22 | | s04/22;c03/22 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee simple | | Fee Simple | |
| Site | 9626 sf | 12443 sf | 0 | 9800 sf | 0 | 10884 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Contemp | DT2;Contemp | | DT2;Contemp | | DT1;Contemp | 0 |
| Quality of Construction | Q4 | Q4 | | Q3 | -200,000 | Q3 | -200,000 |
| Actual Age | 18 | 41 | 0 | 47 | 0 | 56 | 0 |
| Condition | C3 | C3 | | C3 | | C2 | -150,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | 0 | Total Bdrms. Baths | 0 | Total Bdrms. Baths | 0 |
| Room Count | 6 1 1.1 | 7 3 2.0 | -6,000 | 6 2 2.1 | -12,000 | 6 2 2.0 | -6,000 |
| Gross Living Area | 1,747 sq.ft. | 1,730 sq.ft. | 0 | 1,620 sq.ft. | +13,970 | 1,670 sq.ft. | 0 |
| Basement & Finished | 939sf939sfwo | 730sf730sfwo | +22,990 | 720sf720sfwo | +24,090 | 1570sf1570sfwo | -69,410 |
| Rooms Below Grade | 0rr3br1.0ba0o | 1rr0br0.1ba1o | +6,000 | 1rr2br1.0ba0o | 0 | 1rr2br1.0ba2o | 0 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/None | FWA/Central | -12,000 | FWA/Central | -12,000 | FWA/None | |
| Energy Efficient Items | Duopane Wind | Duopane Wind | | Duopane Wind | | Duopane Wind | |
| Garage/Carport | 2gbi2dw | 2gbi2dw | | 2ga2dw | 0 | 2ga4dw | 0 |
| Porch/Patio/Deck | Porch/Pat/Deck | Porch/Pat/Deck | | Porch/Pat/Deck | | Porch/Pat/Deck | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 68,490 | ☐ + ☒ - | $ -185,940 | ☐ + ☒ - | $ -425,410 |
| Adjusted Sale Price | | Net Adj. 6.0 % | | Net Adj. 12.9 % | | Net Adj. 25.3 % | |
| of Comparables | | Gross Adj. 9.1 % | $ 1,218,490 | Gross Adj. 18.2 % | $ 1,254,060 | Gross Adj. 25.3 % | $ 1,254,590 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) NWMls/Realist/County Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) NWMls/Realist/County Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | County Records/NWMLS | County Records/NWMLS | County Records/NWMLS | County Records/NWMLS |
| Effective Date of Data Source(s) | 04/27/2022 | 04/27/2022 | 04/27/2022 | 04/27/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Subject was not sold, listed, or transfered in the last three years. No
other sales were noted for the comparables in the last 12 months.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $   1,225,000

**Indicated Value by: Sales Comparison Approach $ 1,225,000    Cost Approach (if developed) $ 1,179,160    Income Approach (if developed) $**

The Sales Comparison Approach reflects the actions of buyers and sellers in the market and is the approach that receives the most weight in this
appraisal report. Although applicable to this assignment, the cost approach was not determined to be necessary for a creditable report but was
indicated at typical client requests. The lack of data on rented homes precluded development of the income approach.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.    Appraisal was done "AS IS" and
no personal property was included in the final opinion of value.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ **1,225,000** , as of **04/27/2022** , which is the date of inspection and the effective date of this appraisal.

*(Left margin vertical text: SALES COMPARISON APPROACH / RECONCILIATION)*

# Uniform Residential Appraisal Report

The intended User of this appraisal report is the Lender/Client. The Intended use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional intended Users are identified by the appraiser.

No employee, director, officer, or agent of the lender, or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender, shall influence or attempt to influence the development, reporting, result, or review of an appraisal through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery, or in any other manner.

The appraiser has not identified any purchaser, borrower or seller as an intended user of this appraisal, and no such party should use or rely on this appraisal for any purpose. Such parties are advised to obtain an appraisal from an appraiser of their own choosing if they require an appraisal for their own use. Any reference to or use of this appraisal report by a purchaser, borrower or seller for their own purposes, including without limitation for the purposes of a property purchase decision or an appraisal contingency in a purchase agreement, is at such party's own risk and is not intended or authorized by the appraiser.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     Although subject's land value exceeds 30% this is considered typical for the area and has no adverse effect on market value or time.  Subject's site value was based on extraction from the sales comparison approach and/or land sales within the subject's market area.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 475,000 |
|---|---|---|---|---|
| Source of cost data    Lcl Source Ctr | DWELLING | 1,747 Sq.Ft. @ $   250.00 ........ | =$ | 436,750 |
| Quality rating from cost service    Average   Effective date of cost data   04/27/2022 | Basement | 939 Sq.Ft. @ $   250.00 ........ | =$ | 234,750 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | App/Fp/Pch/Dk | | ........ =$ | 60,000 |
| | Garage/Carport | 549 Sq.Ft. @ $   80.00 ........ | =$ | 43,920 |

| Sale Price | Improvement | Land Value | Acre | Total Estimate of Cost-New | | | =$ | 775,420 |
|---|---|---|---|---|---|---|---|---|
| $1,150,000 | $675,000 | $475,000 | 0.29 | Less | Physical | Functional | External | |
| $1,440,000 | $962,700 | $477,300 | 0.23 | Depreciation | 119,260 | | =$( | 119,260) |
| $1,680,000 | $1,208,000 | $472,000 | 0.25 | Depreciated Cost of Improvements | | | =$ | 656,160 |
| Subject's remaining economic life was estimated at 55 years. | | | | "As-is" Value of Site Improvements | | | =$ | 48,000 |
| Depreciation was based on economic age life 10/65 = 15.4%. | | | | | | | | |
| Estimated Remaining Economic Life (HUD and VA only) | | | 55 Years | **INDICATED VALUE BY COST APPROACH** | | | = $ | 1,179,160 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   William Burns | Name |
| Company Name   Crest Appraisal Services | Company Name |
| Company Address   126 SW 148th St, #C100-276 | Company Address |
| Seattle, WA 98148-1966 | |
| Telephone Number   (206) 242-2675 | Telephone Number |
| Email Address   crestappraisals@yahoo.com | Email Address |
| Date of Signature and Report   04/28/2022 | Date of Signature |
| Effective Date of Appraisal   04/27/2022 | State Certification # |
| State Certification #   1701454 | or State License # |
| or State License # | State |
| or Other (describe)                    State # | Expiration Date of Certification or License |
| State   WA | |
| Expiration Date of Certification or License   06/07/2023 | **SUBJECT PROPERTY** |

**ADDRESS OF PROPERTY APPRAISED**

4534 NE 204th Pl

Lake Forest Park, WA 98155

APPRAISED VALUE OF SUBJECT PROPERTY $          1,225,000

**LENDER/CLIENT**

Name   Mortgage Information Services, Inc

Company Name   Finance Of America Reverse LLC

Company Address   8023 East 63rd Place, Suite 700, Tulsa , OK

74133

Email Address

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4534 NE 204th Pl<br>Lake Forest Park, WA 98155 | 20418 33rd Ave NE<br>Lake Forest Park, WA 98155 | | 19548 47th Ave NE<br>Lake Forest Park, WA 98155 | | 5118 NE 201st Pl<br>Lake Forest Park, WA 98155 | |
| Proximity to Subject | | 0.59 miles W | | 0.39 miles SE | | 0.30 miles SE | |
| Sale Price | $ | | $ 1,050,000 | | $ 1,461,000 | | $ 1,375,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 522.39 sq.ft. | | $ 1197.54 sq.ft. | | $ 975.18 sq.ft. | |
| Data Source(s) | | NWMLS#1866237;DOM 1 | | NWMLS#1811853;DOM 8 | | NWMLS#1908861;DOM 6 | |
| Verification Source(s) | | Realist/KingCountyWebsite | | Realist/KingCountyWebsite | | Realist/KingCountyWebsite | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | Conv;0 | | Conv;0 | | 0;0 | |
| Date of Sale/Time | | s12/21;c11/21 | +52,500 | s08/21;c07/21 | +131,490 | c04/22 | +68,750 |
| Location | N;Res; | A;BsyRd; | +50,000 | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9626 sf | 11448 sf | 0 | 15261 sf | -45,080 | 9600 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Contemp | DT2;Contemp | 0 | DT1;Contemp | 0 | DT1;Contemp | 0 |
| Quality of Construction | Q4 | Q4 | | Q3 | -200,000 | Q4 | |
| Actual Age | 18 | 43 | | 59 | | 58 | 0 |
| Condition | C3 | C3 | +75,000 | C2 | -150,000 | C3 | |
| Room Count | Total 6 | Bdrms. 1 | Baths 1.1 | Total 8 | Bdrms. 4 | Baths 2.0 | 0 | Total 5 | Bdrms. 0 | Baths 0.1 | Total 5 | Bdrms. 2 | Baths 2.0 |
| Room Count | 6 | 1 | 1.1 | 8 | 4 | 2.0 | -6,000 | 5 | 0 | 0.1 | +12,000 | 5 | 2 | 2.0 | -6,000 |
| Gross Living Area | 1,747 sq.ft. | 2,010 sq.ft. | -28,930 | 1,220 sq.ft. | +57,970 | 1,410 sq.ft. | +37,070 |
| Basement & Finished | 939sf939sfwo | 700sf700sfwo | +26,290 | 1220sf1220sfwo | -30,910 | 1300sf1300sfwo | -39,710 |
| Rooms Below Grade | 0rr3br1.0ba0o | 1rr1br1.0ba0o | 0 | 1rr3br2.0ba0o | -12,000 | 1rr2br0.1ba1o | +6,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/None | FWA/None | | FWA/None | | FWA/None | |
| Energy Efficient Items | Duopane Wind | Duopane Wind | | Duopane Wind | | Duopane Wind | |
| Garage/Carport | 2gbi2dw | 2gbi2dw | | 2ga2dw | 0 | 2ga2dw | 0 |
| Porch/Patio/Deck | Porch/Pat/Deck | Porch/Pat/Deck | | Porch/Pat/Deck | | Porch/Pat/Deck | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 168,860 | ☐ + ☒ - | $ -236,530 | ☒ + ☐ - | $ 66,110 |
| Adjusted Sale Price | | Net Adj. 16.1 % | | Net Adj. 16.2 % | | Net Adj. 4.8 % | |
| of Comparables | | Gross Adj. 22.7 % | $ 1,218,860 | Gross Adj. 43.8 % | $ 1,224,470 | Gross Adj. 11.5 % | $ 1,441,110 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | County Records/NWMLS | County Records/NWMLS | County Records/NWMLS | County Records/NWMLS |
| Effective Date of Data Source(s) | 04/27/2022 | 04/27/2022 | 04/27/2022 | 04/27/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

ANALYSIS / COMMENTS

# Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 4534 NE 204th Pl | City | Lake Forest Park | State | WA | ZIP Code | 98155 |
|---|---|---|---|---|---|---|---|

Borrower   Joan Raider Rawlings

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data source is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

<div style="writing-mode: vertical">MARKET RESEARCH & ANALYSIS</div>

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 57 | 18 | 18 | ☐ Increasing ☐ Stable ☒ Declining |
| Absorption Rate (Total Sales/Months) | 9.50 | 6.00 | 6.00 | ☐ Increasing ☐ Stable ☒ Declining |
| Total # of Comparable Active Listings | 1 | 1 | 5 | ☐ Declining ☐ Stable ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0.11 | 0.17 | 0.83 | ☐ Declining ☐ Stable ☒ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Median Comparable Sale Price | $895,000 | $907,500 | $990,500 | ☒ Increasing ☐ Stable ☐ Declining |
| Median Comparable Sales Days on Market | 6 | 6 | 5 | ☒ Declining ☐ Stable ☐ Increasing |
| Median Comparable List Price | $690,000 | $737,000 | $1,100,000 | ☒ Increasing ☐ Stable ☐ Declining |
| Median Comparable Listings Days on Market | 12 | 27 | 0 | ☒ Declining ☐ Stable ☐ Increasing |
| Median Sale Price as % of List Price | 106.53% | 103.88% | 122.00% | ☒ Increasing ☐ Stable ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes ☒ No | | | ☐ Declining ☒ Stable ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).        Appraiser is unable to verify seller concessions due to lack of available data.

Are foreclosure sales (REO sales) a factor in the market?        ☐ Yes   ☒ No        If yes, explain (including the trends in listings and sales of foreclosed properties).

The North West Multiple Listing Service MLS reported no foreclosures or short sales between 04/27/2021 and 04/27/2022.

Cite data sources for above information.        The Market Conditions Addenda was completed with data from North West Multiple Listing Service MLS with an effective date of 04/27/2022.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

Using the general data from the subjects neighborhood excluding any factors not considered typical to the subjects characteristics. Original list prices over a 12 month period are not readily available, list prices at time of status were used instead. Median List To Sale price ratio is determined by median price of comparable homes listed divided by the median price of those homes sold during that same time period. Probable Trends indicate market values increasing with the absorption rate to continue to decline as well as number of current listings. Data is derived from the Multiple Listing Service.

<div style="writing-mode: vertical">CONDO/CO-OP PROJECTS</div>

If the subject is a unit in a condominium or cooperative project , complete the following:        **Project Name:**

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing ☐ Stable ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing ☐ Stable ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining ☐ Stable ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining ☐ Stable ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?        ☐ Yes   ☐ No        If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

<div style="writing-mode: vertical">APPRAISER</div>

| Signature | Signature |
|---|---|
| Appraiser Name   William Burns | Supervisory Appraiser Name |
| Company Name   Crest Appraisal Services | Company Name |
| Company Address   126 SW 148th St, #C100-276, Seattle, WA 98148-1! | Company Address |
| State License/Certification #   1701454        State   WA | State License/Certification #        State |
| Email Address   crestappraisals@yahoo.com | Email Address |

| Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009 |
|---|---|---|

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| Borrower | Joan Raider Rawlings |
| Property Address | 4534 NE 204th Pl |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC |

## APPRAISAL ADDENDUM

Appraiser Independence Compliance Statement: No employee, director, officer, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the Lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I have not been contacted by anyone other than the (Lender/Client as identified on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts personally either by phone or electronically to the Client.

### Physical Deficiencies or Conditions
The Appraiser is not an engineer, nor a home inspector. The estimated value of the subject property is based on the assumption that the property is not negatively affected by the existance of detrimental physical and/or any other detrimental conditions of any kind. Appraiser views subject roof from the ground only.
Every purchaser/home owner of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

### Clarification On Measured Building Area Versus County Records Reported Building Area
All areas of the exterior of the subject were visually inspected that were unobstructed by materials, shrubbery, or other obstructions was performed. The exterior of the subject was measured with a Leica Disto laser measuring device and the results were transferred to the Total Sketch program with all measurements rounded to the nearest 6". Any discrepancy between the reported GLA from the County Records and the reported GLA from the calculated area taken from the measurements made of the structure by the appraiser is due to differences in measurement techniques, rounding and calculation differences between the County and the software utilized for this report. The results of the field inspection have been summarily reported.
(ANSI)Finished areas that are connected to the main body of the house by other finished areas such as hallways or stairways are included in the finished square footage of the floor that is at the same level. Finished areas that are not connected to the house in such a manner cannot be included in the finished square footage of any level.
Appraiser uses the following rules when measuring square footage for Attics, Loft and Low Ceilings. Attics, Lofts and Low (ANSI) Ceilings Level ceilings must be at least 7 feet high, and at least 6 feet 4 inches under beams, ducts and other obstructions. There is no height restriction under stairs. If a room has a sloped ceiling, at least one-half of the finished floor area must have a ceiling height of at least 7 feet. Otherwise, appraiser will omit the entire room from the floor area calculations. If a room with a sloped ceiling meets the one-half-of-floor-area-over-7-feet requirement, then include all the floor space with a ceiling height over 5 feet. Lofts and finished attics must be accessible by a conventional stairway or other access to be counted. If you can only reach the loft by climbing a ladder, it's not part of the finished floor area regardless of the ceiling height.
(Fannie Mae) Basements including those that are partially below grade, must NOT be included in the above-grade room count. Only finished above-grade areas can be used in calculating and reporting of above-grade room count and square footage for the gross living area. Fannie Mae considers a level to be below-grade if any portion of it is below-grade, regardless of the quality of its finish or the window area of any room. Therefore, a walk-out basement with finished rooms would not be included in the above-grade room count. Rooms that are not included in the above-grade room count may add substantially to the value of a property, particularly when the quality of the finish is high. For that reason, the appraiser should report the basement or other partially below-grade areas separately and make appropriate adjustments for them on the Basement & Finished Rooms Below-Grade line in the Sales Comparison Approach adjustment grid.
For consistency in the sales comparison analysis, the appraiser should compare above-grade areas to above-grade areas and below-grade areas to below-grade areas. The appraiser may need to deviate from this approach if the style of the subject property or any of the comparables does not lend itself to such comparisons.

### Scope of the Appraisal
The appraiser has researched and analyzed market trends, local and regional influences and has considered other significant factors known and/or made known to the appraiser, which are judged to be pertinent to the subject's property as well as any comparable sales indicated in the report.
The following steps were followed in arriving at the final estimate of value included in the report of the subject property:
1.) Information about the subject property was obtained from public records through use of either Realist, County Records and other similar sources of public records in the county where the subject is located. In most cases, this information includes the age of the improvements, the last date of sale, the tax account number and a partial legal description, the assessed value of the land and improvements, the assessor's map showing a sketch of the site, and similar information about properties in the neighborhood.
2.) Where reasonable possible, sales data has been verified with more than one source. When necessary, conversations with parties involved with the transaction have been conducted in order to confirm the data and atypical influences affecting the sales transaction.
3.) The subject census tract and flood data was obtained from sources such as Interflood and are deemed to be reliable.
4.) A physical inspection was made of the subject property with an analysis made of the neighborhood, the site and improvements. This inspection and analysis included the consideration of any known factors, which, in the appraiser's opinion, would have impact on the value of the subject property.
5.) The Sales Comparison Approach was considered using the available market sales data utilizing Realist, County Records, Northwest Multiple Listing Service and/or other sources. Selections were made of recent comparable sales, which were then compared to the subject property to reach an estimate of market value via Direct Sales Comparison Approach to value. An exterior only inspection was made of comparable sales usually from the street. Some comparable photos may or may not have been used from alternate sources best depicting the comparables true condition at time of sale/listing, and in some cases comparables may not be viewable from the street or appraiser was denied photos by home owners.
6.) When required, the Cost Approach to Value was considered using costs derived from local contractors and other sources. The site value (if included) was derived from the allocation method utilizing sales of the properties that have sold within the past twelve months.
7.) The Income Approach to Value was not considered in most cases, this approach was not applicable as most single family residences are not typically purchased as income producing properties and there was insufficient data available to use this approach. In those cases where the subject property will be used and/or currently used as an income producing property, a

| | |
|---|---|
| Borrower | Joan Raider Rawlings |
| Property Address | 4534 NE 204th Pl |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC |

rental analysis should be requested by the user.

8.) Each appraisal assignment executed by this Appraiser requires intimate knowledge of the area in which the subject property is located, known in the Appraisal Profession as "geographical competency". This Appraiser has spent sufficient time in this market and understands its nuances, including the supply and demand factors relevant to the subject property. Such competency requires this Appraiser's understanding of local market conditions based upon years of on site knowledge, providing the link between a sale and legitimate comparable sales or a rental and comparable rentals. John McCurdy is a Washington state licensed appraiser, license #1601190, working in the same office as the Appraiser and contributed significant professional appraisal assistance in regards to Appraiser's Certification items 1-25.

### Additional Clarification of Scope Of Work
At the request of the client, this appraisal report has been prepared in compliance with the Uniform Appraisal Dataset (UAD) from Fannie Mae and Freddie Mac. The UAD requires the appraiser to use standard responses that include specific formats, definitions, abbreviations, and acronyms. The appraiser attempted to obtain adequate amount of information in the normal course of bussiness regarding the subject and comparable properties. Some of the standardized responses required by the UAD, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of bussiness. Examples include condition and quality ratings as well as comparable sales and listing data. The appraiser makes no representations guarantees or warranties, express or implied, regarding building materials, their fitness, quality, condition or remaining economic age life. Not every element of the subject property was viewable. The appraiser did not move any personal property due to liability concerns for potential damage to the property, to disclose or reveal any apparent or hidden defects to the structure, nor did the appraiser dismantle or probe the structure to observe enclosed encased or otherwise concealed areas. Comparable data was generally obtained from third-party sources including but not limited to the local northwest multiple listing service, county assessor/website, online resources and additional public data sources. Consequently the information on the comparables should be considered an estimate unless otherwise noted by the appraiser.

### Trend Analysis
Market trends for this appraisal have been reported and discussed on the appraisal report in the neighborhood analysis and the general market condition sections of the appraisal form.

### Highest & Best Use
Consideration has been given of the highest and best use of the subject as presently zoned and currently improved. The highest and best use of a site is, the reasonable and probable use that supports the highest present value on the effective date of the appraisal. When determining highest and best use, each potential use must be physically possible, legally permissible, financially feasible and maximally productive.

### Exposure Time:
Exposure time is always presumed to precede the effective date of the appraisal. It is the estimated length of time the property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market.

This includes not only adequate, sufficient and reasonable time, but adequate sufficient and reasonable effort. It is often expressed as a range and is based upon statistical information about days on market obtained through the NW Mls and information gathered from sales verification and local MC form data for the subject neighborhood.

A reasonable exposure time for the subject property developed independently from the stated marketing time is: 0-180 days based on the days on market for the comparables. Exposure time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale date at market value on the effective date of the appraisal. The opinion of exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.

### Disclosure and discussion of paired data analysis and adjustments:
Not all adjustments in the Sales Comparison Approach can be directly extracted or supported by the available market data with a high degree of accuracy due to limited sales, unique situations and comparability of features. Some adjustments have an element of subjectivity and professional judgement which the appraiser has applied based on prior observations of the reactions of typical/knowledgeable buyers and sellers in the marketplace. This method is a standard and well accepted practice within the appraisal industry. All interested parties are encourged to have an understanding of basic valuation practices when appraising atypical or complex properties; or where there is an extreme absence of like elements of comparison.
Appraising Residential Properties, 4th Edition, Appraisal Institute, Page 342, "Limitations of Paired Data Analyses" states:
"...This brief discussion of paired data analysis may seem to suggest that identifying the effects of property differences from market data is a straightforward procedure that can produce accurate, complete mathematical results in all appraisals." Such an impression would be misleading. Appraisers develop an opinion of market value by applying their judgement to the analysis and interpretation of data. Paired data analys is a tool that an appraiser can apply to market data in some circumstances. When used in conjunction with other analytical tools, this type of analysis supports and guides the appraiser's judgement, but it does not take its place.
Perfect sets of comparables that vary in a single, idetifiable respect are rarely found. Because properties that are sufficiently similar to the subject are usually limited in number, the decision to apply paired data analysis in a given situation is a matter of judgement. Often the sampling size may not be large enough to provide a solid statistical foundation for the appraiser's conclusions.
Nevertheless, paired data procedures are important valuation tools that appraisers should use whenever possible. Identifying matched data sets and isolating the effects of variables is a practical methodology for studying market data, even if a comprehensive paired data analysis cannot be performed. When only a narrow sampling of market data is available, which would not lend itself to statistical analysis, paired data analysis can be used to test the results of other analytical procedures..."
Appraising Residential Properties, 4th Edition, Appraisal Institute, Page 344, "Other Quantitative Adjustment Techniques further states that in instances where paired sales analysis in not conclusive, the appraiser may apply judgement to resolve the problem." The adjustments resulting from the appraiser's judgement is based on a study and understanding of buyer preferences. It further suggests that cost and depreciated cost data may be used with the appraiser arriving at the value contribution of certain ammenities. In effect, the sales grid found in any pre-printed residential reporting forms afford every appraiser a convientant "paired sale format" and should make pairing the sales easy.

### Additional Safety Information
RCW 19.27.530

| Borrower | Joan Raider Rawlings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4534 NE 204th Pl | | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | | |

Carbon monoxide alarms-Requirements-Exemptions-Adoption of rules.

(1) By July 1, 2010, the building code council shall adopt rules requiring that all buildings classified as residential occupancies, as defined in the state building code in chapter 51-54 WAC, but excluding owner-occupied single-family residences legally occupied before July 26, 2009, be equipped with carbon monoxide alarms.

(2)(a) The building code council may phase in the carbon monoxide alarm requirements on a schedule that it determines reasonable, provided that the rules require that by January 1, 2011, all newly constructed buildings classified as residential occupancies will be equipped with carbon monoxide alarms, and all other buildings classified as residential occupancies will be equipped with carbon monoxide alarms by January 1, 2013.

(b) Owner-occupied single-family residences legally occupied before July 26, 2009, are exempt from the requirements of this subsection (2). However, for any owner-occupied single-family residence that is sold on or after July 26, 2009, the seller must equip the residence with carbon monoxide alarms in accordance with the requirements of the state building code before the buyer or any other person may legally occupy the residence following such sale.

(3) The building code council may exempt categories of buildings classified as residential occupancies if it determines that requiring carbon monoxide alarms are unnecessary to protect the health and welfare of the occupants.

(4) The rules adopted by the building code council under this section must (a) consider applicable nationally accepted standards and (b) require that the maintenance of a carbon monoxide alarm in a building where a tenancy exists, including the replacement of batteries, is the responsibility of the tenant, who shall maintain the alarm as specified by the manufacturer.

(5) Real estate brokers licensed under chapter 18.85 RCW shall not be liable in any civil, administrative, or other proceeding for the failure of any seller or other property owner to comply with the requirements of this section or rules adopted by the building code council.

As per Washington State law (RCW 43.44.110) requires smoke alarms to be installed in all dwelling units.

As per **WAC 51-56-0507.2 Seismic Provisions.** Water heaters shall be anchored or strapped to resist horizontal displacement due to earthquake motion. Strappings shall be at points within the upper one-third and lower one-third of its vertical dimensions. At the lower point, a distance of not less than four (4) inches (102 mm) shall be maintained from the controls to the strapping.

### • URAR: Neighborhood - Market Conditions
Marketing time for the neighborhood was estimated from analysis of current active listings, sales and resales within the subject's market area. Neighborhood showed property values increasing with a shortage of supply. Market financing was available. Marketing time appears to be under 90 days. The subject neighborhood is not homogenous and contains a very wide variety of properties in multiple price points. The predominant price shown on page 1 indicates the mode (most frequently occurring variate in a data set) for the neighborhood and has nothing to do with the subject's relationship with the neighborhood or the relationship between the subject's value and the indicated predominant price. The subject's value is within the low-high price range for the neighborhood and does not automatically set the predominant.

### • URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach
All six comparables were considered to be the most similar to the subject in style and market area. Adjustments for time were made based on the 1004MC addendum with support from the S&P Case Shiller home price index and were assessed at 1% a month for all sales closing more than three months prior to the inspection date. Site and location adjustments were made based on extraction and/or allocation. Quality of construction adjustments were based on the current market reaction, although some materials replacement cost may vary the market reaction is where adjustment is derived. Comps 2, 3 and 5's qualities were based on superior/custom exterior ornamentation/fenestration as well as custom/highend interior finishes which warranted downward adjustment. Differences in condition were adjusted based on market reaction and any condition is not a guaranty that a problem does not exist as appraiser can only view interior of comparables from mls photos. Comps 3 and 5's conditions were based on recent complete/extensive interior/exterior remodeling/renovation and warranted downward adjustment. Comp 4's condition was based on inferior updating/remodeling and warranted upward adjustment. Market status adjustments were made based on the sale to list ratios of the comps used as well as the 1004mc and were assessed at 5%. All other adjustments were based on the market reaction and/or match pair analysis. Due to similar site utility, marketability and appeal no site adjustments were warranted for comps 1, 2, 3, 4 and 6. Due to similar utility, marketability and appeal no GLA adjustments were warranted for comps 1 and 3. Due to the use of GLA and basement square footage adjustments bedroom adjustments were not warranted and would have been redundant. Due to the similar condition of the comps used as well as the use of condition adjustments age adjustments were not warranted and would have been redundant. Due to the similar quality of the comps used as well as the use of quality adjustments design adjustments were not warranted and would have been redundant. Gross, net and line adjustments in excess of 25%, 15% and 10% are present yet were unavoidable due to the subject's design, location, quality, age, condition, GLA, amenities and very limited comparable sales data. The GLA of some comps vary from the subject's by more than 25% yet were utilized due to similar design, location, quality, age, condition, amenities, marketability and appeal. The age of some comps vary from the subject's by more than 30% yet were utilized due to similar design, location, quality, condition, amenities, marketability and appeal. Some comps are located across a major roadway from the subject yet were considered to be in competing neighborhoods with similar amenities, marketability and appeal and were therefore used. The location of comps across a major roadway from the subject has no adverse effect on the subject's marketability. The sales dates of some comps are more than 6 months prior to the inspection date yet were utilized due to similar GLA, design, location, quality, age, condition, amenities, marketability and appeal. A wide range of adjusted/unadjusted values (greater than 15%) is present yet was unavoidable due to the subject's GLA, design, location, quality, age, condition and very limited comparable sales data. Comps 2 and 3 was used solely in order to provided sales that did not require time adjustments and were given little weight in the market value conclusion of this report. Comp 4 was provided solely in order to bracket the subject's GLA and was given very little weight in the market value conclusion of this report. Comp 5 was provided solely in order to bracket the subject's above grade bed/bath counts and was given very little weight in the market value conclusion of this report. Comp 6 was provided solely in order to meet lender guidelines for listing comps and was given no weight in the market value conclusion of this report. Given the most weight to sale comparable 1, as it required the least adjustment, the sales comparison approach indicated a final estimate of value to be $1,225,000.(R)

# USPAP ADDENDUM

| | |
|---|---|
| Borrower | Joan Raider Rawlings |
| Property Address | 4534 NE 204th Pl |
| City | Lake Forest Park    County   King    State   WA    Zip Code   98155 |
| Lender | Finance Of America Reverse LLC |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     0 to 180 days
See attached addenda.

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

See attached addenda.

| APPRAISER: | SUPERVISORY APPRAISER: (only if required) |
|---|---|
| Signature: | Signature: |
| Name:   William Burns | Name: |
| Date Signed:   04/28/2022 | Date Signed: |
| State Certification #:   1701454 | State Certification #: |
| or State License #: | or State License #: |
| State:   WA | State: |
| Expiration Date of Certification or License:   06/07/2023 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:   04/27/2022 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior |

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Building Sketch

| Borrower | Joan Raider Rawlings | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4534 NE 204th Pl | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | |



**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1615 Sq ft | 12 × 4 | = 48 |
| | | 42 × 15.5 | = 651 |
| | | 41 × 7 | = 287 |
| | | 32 × 7 | = 224 |
| | | 30 × 13.5 | = 405 |
| Second Floor | 132 Sq ft | 14 × 8 | = 112 |
| | | 6 × 2 | = 12 |
| | | 0.5 × 4 × 2 | = 4 |
| | | 0.5 × 2 × 4 | = 4 |
| **Total Living Area (Rounded):** | **1747 Sq ft** | | |
| Non-living Area | | | |
| Garage | 549 Sq ft | 10 × 8.5 | = 85 |
| | | 20 × 22 | = 440 |
| | | 6 × 4 | = 24 |
| Basement | 939 Sq ft | 22.5 × 12 | = 270 |
| | | 6 × 2 | = 12 |
| | | 14.5 × 10 | = 145 |
| | | 6 × 16 | = 96 |
| | | 16 × 23 | = 368 |
| | | 12 × 4 | = 48 |

# Plat Map

| Borrower | Joan Raider Rawlings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4534 NE 204th Pl | | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | | |



# Location Map

| Borrower | Joan Raider Rawlings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4534 NE 204th Pl | | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joan Raider Rawlings | | | | | | |
| Property Address | 4534 NE 204th Pl | | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | | |



### Subject Front

| | |
|---|---|
| 4534 NE 204th Pl | |
| Sales Price | |
| Gross Living Area | 1,747 |
| Total Rooms | 6 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9626 sf |
| Quality | Q4 |
| Age | 18 |



### Subject Rear



### Subject Street

# Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Joan Raider Rawlings | | | | | |
| Property Address | 4534 NE 204th Pl | | | | | |
| City | Lake Forest Park | County | King | State WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | |



**Living Room**



**Dining Room**



**Kitchen View 1**



**Kitchen View 2**



**Bedroom**



**Bathroom View 1**

# Photograph Addendum

| Borrower | Joan Raider Rawlings | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4534 NE 204th Pl | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | |



**Bathroom View 2**



**1/2 Bathroom**



**Office**

**Den**



**Basement Bedroom**



**Basement Bedroom**

# Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Joan Raider Rawlings | | | | | |
| Property Address | 4534 NE 204th Pl | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | |



**Basement Bedroom**



**Basement Bathroom**



**Laundry**



**Foyer**



**Additional Exterior Photo**



**Additional Exterior Photo**

# Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Joan Raider Rawlings | | | | | |
| Property Address | 4534 NE 204th Pl | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | |



**Additional Exterior Photo**



**Additional Exterior Photo**



**Additional Exterior Photo**



**Additional Exterior Photo**



**Additional Street Photo**



**Subject Address**

# Photograph Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Joan Raider Rawlings | | | | | |
| Property Address | 4534 NE 204th Pl | | | | | |
| City | Lake Forest Park | County | King | State | WA | Zip Code 98155 |
| Lender/Client | Finance Of America Reverse LLC | | | | | |



**Garage Interior**



**Water Heater**



**Electrical Panel**



**Furnace**



**Smoke Detector**



**CO Detector**

# Comparable Photo Page

| | |
|---|---|
| Borrower | Joan Raider Rawlings |
| Property Address | 4534 NE 204th Pl |
| City | Lake Forest Park |
| Lender/Client | Finance Of America Reverse LLC |

City: Lake Forest Park  County: King  State: WA  Zip Code: 98155



### Comparable 1

**5914 NE 201st St**

| | |
|---|---|
| Prox. to Subject | 0.60 miles E |
| Sales Price | 1,150,000 |
| Gross Living Area | 1,730 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 12443 sf |
| Quality | Q4 |
| Age | 41 |



### Comparable 2

**20103 51st Ave NE**

| | |
|---|---|
| Prox. to Subject | 0.23 miles SE |
| Sales Price | 1,440,000 |
| Gross Living Area | 1,620 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9800 sf |
| Quality | Q3 |
| Age | 47 |



### Comparable 3

**18550 53rd Ave NE**

| | |
|---|---|
| Prox. to Subject | 0.97 miles SE |
| Sales Price | 1,680,000 |
| Gross Living Area | 1,670 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10884 sf |
| Quality | Q3 |
| Age | 56 |

# Comparable Photo Page

| | |
|---|---|
| Borrower | Joan Raider Rawlings |
| Property Address | 4534 NE 204th Pl |
| City | Lake Forest Park |
| County | King |
| State | WA |
| Zip Code | 98155 |
| Lender/Client | Finance Of America Reverse LLC |



### Comparable 4

20418 33rd Ave NE

| | |
|---|---|
| Prox. to Subject | 0.59 miles W |
| Sales Price | 1,050,000 |
| Gross Living Area | 2,010 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | A;BsyRd; |
| View | N;Res; |
| Site | 11448 sf |
| Quality | Q4 |
| Age | 43 |



### Comparable 5

19548 47th Ave NE

| | |
|---|---|
| Prox. to Subject | 0.39 miles SE |
| Sales Price | 1,461,000 |
| Gross Living Area | 1,220 |
| Total Rooms | 5 |
| Total Bedrooms | 0 |
| Total Bathrooms | 0.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 15261 sf |
| Quality | Q3 |
| Age | 59 |



### Comparable 6

5118 NE 201st Pl

| | |
|---|---|
| Prox. to Subject | 0.30 miles SE |
| Sales Price | 1,375,000 |
| Gross Living Area | 1,410 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9600 sf |
| Quality | Q4 |
| Age | 58 |

**license**



**State of Washington**
**DEPARTMENT OF LICENSING**
APPRAISER PROGRAM
PO Box 9021
Olympia, WA 98507-9021

### STATE OF WASHINGTON

CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER

WILLIAM S BURNS
126 SW 148th St
Burien WA 98166-1984

1701454          06/07/2023
License Number     Expiration Date     *Teresa Berntsen*
                                        Teresa Berntsen, Director

WILLIAM  S BURNS
126 SW 148th St
Burien  WA 98166-1984



(R/7/19)





**APPRAISAL, VALUATION AND PROPERTY SERVICES**
**PROFESSIONAL LIABILITY INSURANCE POLICY**

## DECLARATIONS

### Aspen American Insurance Company

(Referred to below as the "Company")
590 Madison Avenue, 7th Floor
New York, NY 10022
877-245-3510

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 9/15/2021 | AAI010670-01 | |

THIS IS A **CLAIMS** MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORTED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

1. Customer ID: 152485
   Named **Insured**:
   CREST APPRAISAL SERVICES, INC.
   126 SW 148th St, # C100-276
   Burien, WA 98166

2. **Policy Period:** From: 10/02/2021    To: 10/02/2022

   12:01 A.M. Standard Time at the address stated in 1 above.

3. **Deductible:** $1000    Each **Claim**

4. **Retroactive Date:** 10/02/2021

5. **Inception Date:** 10/02/2021

6. **Limits of Liability:** **A.** $1,000,000    Each Claim
   **B.** $1,000,000    Aggregate

   | | |
   |---|---|
   | **Subpoena Response:** | $5,000 Supplemental Payment Coverage |
   | **Pre-Claim Assistance:** | $5,000 Supplemental Payment Coverage |
   | **Disciplinary Proceeding:** | $7,500 Supplemental Payment Coverage |
   | **Loss of Earnings:** | $500 per day Supplemental Payment Coverage |

7. **Covered Professional Services (as defined in the Policy and/or by Endorsement):**

   | | | | |
   |---|---|---|---|
   | Real Estate Appraisal and Valuation: | Yes X | No | |
   | Residential Property: | Yes X | No | |
   | Commercial Property: | Yes | No X | |
   | Bodily Injury and Property Damage Caused | | | |
   | During Appraisal Inspection ($100,000 Sub-Limit): | Yes X | No | (If "yes", added by endorsement) |
   | Right of Way Agent and Relocation: | Yes | No X | |
   | Machinery and Equipment Valuation: | Yes | No X | |
   | Personal Property Appraisal: | Yes | No X | (If "yes", added by endorsement) |
   | Real Estate Sales/Brokerage: | Yes | No X | (If "yes", added by endorsement) |

Aspen American Insurance Company    Page 1 of 2
LIA001 (04/19)

| | | |
|---|---|---|
| 8. | Report **Claims** to: LIA Administrators & Insurance Services, 800-334-0652, P.O. Box 1319, 1600 Anacapa St, Santa Barbara, California 93101 | |
| 9. | **Annual Premium:** | **$1,843.00** |
| 10. | **Forms attached at issue:** | LIA002 (04/19) LIA WA (05/19) LIA012 (05/19) LIA164 (05/19) |

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named **Insured** and the Company.

09/15/2021

Date

By _____

Authorized Representative

Aspen American Insurance Company
LIA001 (04/19)

Page 2 of 2

Cust ID: 152485

# Appraisal, Valuation and Property
# Services Professional Liability Insurance Policy

**Named Insured:** CREST APPRAISAL SERVICES, INC.

**Policy Number:** AAI010670-01

**Effective Date:** 10/02/2021

**Customer ID:** 152485

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL COVERED PROFESSIONALS ENDORSEMENT

In consideration of the premium charged, it is agreed that Section **IV. DEFINITIONS (I) "Insured"** is amended to include:

**"Insured"** means:

The persons identified below, but only while acting on behalf of the Named **Insured:**

| Name | Coverage Effective Date |
|------|-------------------------|
| William Burns | 10/02/2021 |
| John Foley McCurdy | 10/02/2021 |
| Brian Mardhell Provo | 10/02/2021 |

All other terms, conditions, and exclusions of this Policy remain unchanged.

Aspen American Insurance Company                    Page 1 of 1
LIA012 (05/19)

## CERTIFICATE OF INSURANCE

Producer:

LIA ADMINISTRATORS & INSURANCE SERVICES
P.O. Box 1319
Santa Barbara, CA 93102-1319

Issue Date: 09/15/2021
This Certificate is issued as a matter of information only and confers no rights upon the Certificate Holder. This Certificate does not amend, extend or alter the coverage afforded by the policy below.

Insured: 152485
CREST APPRAISAL SERVICES, INC.
126 SW 148th St, # C100-276
Burien, WA 98166

**COMPANY AFFORDING COVERAGE**

**Aspen American Insurance Company**

Authorized Representative

This is to certify that the policy of insurance listed below has been issued to the Insured named above for the policy period indicated. Notwithstanding any requirement, term of condition of any contract or other document with respect to which this Certificate may be issued or may pertain, the insurance afforded by the policy described herein is subject to all the terms, exclusions and conditions of such policy. Limits shown may have been reduced by paid claims.

**DISCLAIMER:** This certificate of insurance does not affirmatively or negatively amend, extend, or alter the coverage afforded by the insurance policy.

| TYPE OF INSURANCE | POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|
| Professional Liability | AAI010670-01 | 10/02/2021 | 10/02/2022 | Each Claim<br>General Aggregate | $ 1,000,000<br>$ 1,000,000 |

Description of Operations/Locations/Special Items:
**Professional Services as defined in the policy**

Certificate Holder:
CREST APPRAISAL SERVICES, INC.
126 SW 148th St, # C100-276
Burien, WA 98166

**Cancellation:**
**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

LIA0001 (11/97)                    Insured Copy

# EXHIBIT B



# Valid Changed Circumstance Worksheet

*Revised June 2022*                                                      *F-WH-S22576*

| | | | |
|---|---|---|---|
| **Date:** | 6/30/2022 | **Broker:** | HighTechLending |
| **Borrower Name:** | Joan Raider Rawlings | **Contact:** | Desirae Banchero |
| **Borrower Address:** | 4534 NE 204th Pl, Lake Forest Park, WA 98155 | **Phone:** | 4254558466 |
| **Loan Number:** | ██████ | **Email:** | dbanchero@kwikloan.com |

FAR will re-disclose the Good Faith Estimate if a Valid Changed Circumstance has occurred. This form must be provided to FAR within 3 days of the change for the GFE to be re-disclosed to the borrower. If the change is determined to be a VCC, FAR will provide the GFE to the borrower within 3 days of the change.

*Valid Changed Circumstance Event:*

The borrower has requested a higher interest rate of 9.365%

**Indicate all fees that will be affected by the change below.**
**Note**: Only those fees that change as a result of the VCC can be re-disclosed.

| 800 Fees Origination | | 1200 Fees – Recording and Taxes | |
|---|---|---|---|
| Origination Fee | $ _____ | Mortgage/Deed of Trust | $ _____ |
| MIP | $ _____ | Deed(s) | $ _____ |
| Broker Compensation % or | $ _____ | Release(s) | $ _____ |
| Other | $ _____ | State Taxes (Mortgages) | $ _____ |
| **900 Fees – Insurance** | | State Taxes (Deeds) | $ _____ |
| Hazard Insurance | $ _____ | County Taxes (Mortgages) | $ _____ |
| Flood Insurance | $ _____ | County Taxes (Deeds) | $ _____ |
| Other | $ _____ | Intangible Taxes | $ _____ |
| **1100 Fees – Settlement** | | **1300 Line Series – Additional Settlement** | |
| Title Insurance | $ _____ | Survey Fee | $ _____ |
| Title Endorsement | $ _____ | Inspection(s) | $ _____ |
| Other | $ _____ | Other | $ _____ |
| Other | $ _____ | Other | $ _____ |

**Completed by:** Desirae Banchero

# Notice of Revised Estimate due to Valid Change of Circumstance

Re-disclosed Date:  **7/1/2022**

Lender:                    **Finance of America Reverse LLC**

Applicant(s):             **Joan R Rawlings**

Property Address:     **4534 NE 204TH PLACE, LAKE FOREST PARK, WA 98155**

Change Date (Non-Fee):  **4/29/2022**

Broker Processor:      **Desirae Banchero**

Dear Borrower:

Previously, in connection with your loan application, you were provided with a Good Faith Estimate ("GFE") form that contained an estimate of the settlement charges and loan terms for your mortgage loan application.  For one or more of the following reasons below, we are providing you with a revised GFE form:

**Valid Changed Circumstance Event:** The borrower has requested a higher interest rate of 9.365%

| FEE NAME & LINE NUMBER | GFE Section | NEW FEE AMOUNT | REASON |
|---|---|---|---|
| No Fees Changed | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Should you have any questions about your revised GFE or your loan request, please call **Finance of America Reverse LLC** at **(888) 777-3311**.  We appreciate your business and look forward to continuing to serve your home mortgage financing needs.

Sincerely,


**Finance of America Reverse LLC**



Mortgage Cadence Document Center © 12788 08/21



# REVERSE MORTGAGE LOAN COMPARISON

**Borrower(s):** Joan R Rawlings
**Lender:** Finance of America Reverse LLC
**Phone #:** (888) 777-3311
4534 NE 204TH PLACE, LAKE FOREST PARK, WA
Property Address: 98155

Date Prepared: **July 01, 2022**
Estimated Closing Date: **July 15, 2022**
DOB (Youngest Bwr): **07/31/1945**

PLU Percentage **90.57%**

| Product Name | HomeSafe LESA | HomeSafe LESA | HomeSafe LESA | CMT Monthly Cap10 |
|---|---|---|---|---|
| **Margin** | **N/A** | **N/A** | **N/A** | **2.500%** |
| Index Name | N/A | N/A | N/A | 1-yr CMT |
| Initial Rate Index | N/A | N/A | N/A | 2.340% |
| Expected Rate Index | N/A | N/A | N/A | 1.830% |
| Annual Mortgage Insurance Premium | N/A | N/A | N/A | 0.500% |
| **Initial Interest Rate** | **9.365%** | **9.240%** | **8.365%** | **4.840%** |
| Initial Credit Line Growth Rate | N/A | N/A | N/A | 5.340% |
| Lifetime Cap on Interest Rate | N/A | N/A | N/A | 14.840% |
| **Expected Interest Rate** | **9.365%** | **9.240%** | **8.365%** | **4.330%** |
| Monthly Service Fee | $0.00 | 0.00 | 0.00 | 0.00 |
| Home Value | **$1,225,000.00** | $1,225,000.00 | $1,225,000.00 | $1,225,000.00 |
| **Max Loan Amount/Max Claim Amount** | **$1,225,000.00** | **$1,225,000.00** | **$1,225,000.00** | **$970,800.00** |
| **Principal Limit** | **$596,575.00** | **$596,575.00** | **$535,325.00** | **$525,202.80** |
| -IMIP | **$0.00** | $0.00 | $0.00 | $19,416.00 |
| -Origination Fee | **$0.00** | $0.00 | $0.00 | $0.00 |
| -Other Closing Costs | **$5,486.95** | $5,486.95 | $5,486.95 | $2,470.45 |
| +Credits | **-$3,961.95** | -$3,961.95 | -$3,961.95 | -$3,961.95 |
| **Net Available Principal Limit** | **$595,050.00** | **$595,050.00** | **$533,800.00** | **$507,278.30** |
| Mortgage Payoffs | **$673,356.62** | **$673,356.62** | **$673,356.62** | **$673,356.62** |
| Repair Set Aside | **$0.00** | $0.00 | $0.00 | $0.00 |
| 1st Year Tax & Insurance Set Aside | **$4,686.29** | $4,686.29 | $4,686.29 | $4,686.29 |
| Selected Property Set Aside | **Fully Funded** | Fully Funded | Fully Funded | Fully Funded |
| **Total Mandatory Obligations** | **N/A** | **N/A** | **N/A** | **$695,967.41** |
| Mandatory Obligations % | **N/A** | N/A | N/A | 132.514% |
| Additional Principal Limit Available | **N/A** | N/A | N/A | $0.00 |
| Requested usage of additional 10% | **N/A** | N/A | N/A | $52,520.28 |
| Initial Disbursement Limit | **N/A** | N/A | N/A | $485,178.83 |
| **Initial Disbursement Limit %** | **N/A** | **N/A** | **N/A** | **92.379%** |
| -Total Mandatory Obligations | **N/A** | N/A | N/A | $695,967.41 |
| Additional Required Payoffs | **$0.00** | $0.00 | $0.00 | $0.00 |
| **Cash Available for Draw at Closing** | **-$134,542.10** | **-$134,542.10** | **-$195,792.10** | **-$210,788.58** |
| +Cash Due from Borrower | **$134,542.10** | $134,542.10 | $195,792.10 | $210,788.58 |
| -Initial Cash to Borrower | **$0.00** | $0.00 | $0.00 | $0.00 |
| **Remaining Draw allowed during 1st Year** | **N/A** | **N/A** | **N/A** | **$0.00** |
| +Reserved/Unavailable Principal Limit | **N/A** | N/A | N/A | $0.00 |
| -After 1st Year Tax & Insurance Set Aside | **$51,549.19** | $51,549.19 | $51,549.19 | $40,023.97 |
| Total Tax & Insurance Set Aside | **$56,235.48** | $56,235.48 | $56,235.48 | $44,710.26 |
| **Net Principal Limit** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Total Initial Credit Line | **$0.00** | $0.00 | $0.00 | $0.00 |
| Monthly Payment | **N/A** | N/A | N/A | $0.00 |
| Initial Monthly Payment Plan | **Lump Sum** | Tenure | Tenure | Lump Sum |
| **Term** | **N/A** | **N/A** | **N/A** | **N/A** |
| Remaining Draw allowed during 1st Year | **N/A** | N/A | N/A | $0.00 |
| Line of Credit Limit during 1st Year | **N/A** | N/A | N/A | $0.00 |
| Requested Line of Credit Usage 1st Year | **N/A** | N/A | N/A | $0.00 |
| Estimated Additional Line of Credit After 1st Year | **N/A** | N/A | N/A | $0.00 |
| Monthly Payment for 1st Year | **N/A** | N/A | N/A | $0.00 |
| Monthly Payment after 1st Year | **N/A** | N/A | N/A | $0.00 |
| **Initial Loan Amount** | **$540,339.52** | **$540,339.52** | **$479,089.52** | **$480,492.54** |





Mortgage Comparison Document v.1.1 (1/1/2018) - 4501088500

# REVERSE MORTGAGE LOAN COMPARISON

| Product Name | HECM 60 Fixed |
|---|---|
| **Margin** | **N/A** |
| Index Name | N/A |
| Initial Rate Index | N/A |
| Expected Rate Index | N/A |
| Annual Mortgage Insurance Premium | 0.500% |
| **Initial Interest Rate** | **5.990%** |
| Initial Credit Line Growth Rate | N/A |
| Lifetime Cap on Interest Rate | N/A |
| **Expected Interest Rate** | **5.990%** |
| Monthly Service Fee | $0.00 |
| Home Value | $1,225,000.00 |
| **Max Loan Amount/Max Claim Amount** | **$970,800.00** |
| **Principal Limit** | **$446,568.00** |
| -IMIP | $19,416.00 |
| -Origination Fee | $0.00 |
| -Other Closing Costs | $2,470.45 |
| +Credits | -$3,961.95 |
| **Net Available Principal Limit** | **$428,643.50** |
| Mortgage Payoffs | $673,356.62 |
| Repair Set Aside | $0.00 |
| 1st Year Tax & Insurance Set Aside | $4,686.29 |
| Selected Property Set Aside | Fully Funded |
| **Total Mandatory Obligations** | **$695,967.41** |
| Mandatory Obligations % | 155.848% |
| Additional Principal Limit Available | $0.00 |
| Requested usage of additional 10% | $44,656.80 |
| Initial Disbursement Limit | $409,741.03 |
| **Initial Disbursement Limit %** | **91.753%** |
| -Total Mandatory Obligations | $695,967.41 |
| Additional Required Payoffs | $0.00 |
| **Cash Available for Draw at Closing** | **-$286,226.38** |
| +Cash Due from Borrower | $286,226.38 |
| -Initial Cash to Borrower | $0.00 |
| **Remaining Draw allowed during 1st Year** | **$0.00** |
| +Reserved/Unavailable Principal Limit | $0.00 |
| -After 1st Year Tax & Insurance Set Aside | $36,826.97 |
| Total Tax & Insurance Set Aside | $41,513.26 |
| **Net Principal Limit** | **$0.00** |
| Total Initial Credit Line | $0.00 |
| Monthly Payment | N/A |
| Initial Monthly Payment Plan | Lump Sum |
| **Term** | **N/A** |
| Remaining Draw allowed during 1st Year | $0.00 |
| Line of Credit Limit during 1st Year | $0.00 |
| Requested Line of Credit Usage 1st Year | $0.00 |
| Estimated Additional Line of Credit After 1st Year | $0.00 |
| Monthly Payment for 1st Year | N/A |
| Monthly Payment after 1st Year | N/A |
| **Initial Loan Amount** | **$405,054.74** |




# REVERSE MORTGAGE LOAN COMPARISON

Please be advised that these numbers are estimates ONLY. The assumptions upon which they are based are subject to change, including the current interest rate and the estimated closing date. Other factors, including the youngest borrower's date of birth and the Maximum Claim Value may affect the amounts shown.

_____
Borrower - **Joan R Rawlings**          Date







# Total Annual Loan Cost Rate Disclosure

Date: **July 01, 2022**
Lender or Lender's Agent: **Finance of America Reverse LLC**
Lender Address: **8023 East 63rd Place, Suite 700, Tulsa, OK 74133**

Phone: **(888) 777-3311** Fax: **(866) 885-0622**

Borrower(s): **Joan R Rawlings**

| Loan Terms | | Monthly Loan Charges | |
|---|---|---|---|
| Age of Youngest Borrower: | **77** | Monthly Servicing Fee: | **$0.00** |
| Appraised Property Value: | **$1,225,000.00** | Mortgage Insurance: | **N/A** |
| Initial Interest Rate: | **9.365%** | | |
| Monthly Advance: | **$0.00** | **Other Charges** | |
| Initial Draw: | **$538,814.52** | Shared Appreciation: | |
| Line of Credit: | **$0.00** | **Life Expectancy Set-Aside** | |
| | | LESA Amount: | **$4,686.29** |
| | | Semi Annual Disbursement: | **$2,343.15** |
| **Initial Loan Charges** | | **Repayment Limits** | |
| Other Closing Costs: | **$1,525.00** | Net Proceeds Estimated at 93% Of Projected | |
| Mortgage Insurance Premium: | **$N/A** | Home Sale | |

| Total Annual Loan Cost Rate | | | | |
|---|---|---|---|---|
| *Assumed Annual Appreciation* | **2** *-year loan term* | **6** *-year loan term* | **11** *-year loan term* | **15** *-year loan term* |
| 0% | **14.87%** | **11.18%** | **6.32%** | **4.54%** |
| 4% | **14.87%** | **11.18%** | **10.35%** | **8.70%** |
| 8% | **14.87%** | **11.18%** | **10.35%** | **10.08%** |

The cost of any reverse mortgage loan depends on how long you keep the loan and how much your house appreciates in value. Generally, the longer you keep a reverse mortgage, the lower the total annual loan cost rate will be.

This table shows the estimated cost of your reverse mortgage loan, expressed as an annual rate. It illustrates the cost for four loan terms: 2 years, half the life expectancy for someone your age, that life expectancy, and 1.4 times that life expectancy. The table also shows the cost of the loan, assuming the value of your home appreciates at three different rates: 0%, 4% and 8%.

The total annual loan cost rates in this table are based on the total charges associated with this loan. These charges typically include principal, interest, closing costs, mortgage insurance premiums, annuity costs and servicing costs (but not disposition costs -- costs when you sell the home).

The rates in this table are estimates. Your actual cost may differ if, for example, the amount of your loan advances varies or the interest rate on your mortgage changes. You may receive projections of loan balances from counselors or lenders that are based on an expected average mortgage rate that differs from the initial interest rate.

**SIGNING AN APPLICATION OR RECEIVING THESE DISCLOSURES DOES NOT REQUIRE YOU TO COMPLETE THIS LOAN**

_____
Borrower - **Joan R Rawlings**                    Date




# HomeSafe Comparison Form

Date: **July 01, 2022**

Lender or Lender's Agent: **Finance of America Reverse LLC**
Lender's Address: **8023 East 63rd Place, Suite 700, Tulsa, OK 74133**

Phone: **(888) 777-3311** Fax: **(866) 885-0622**

Borrower(s): **Joan R Rawlings**

| Product Name | HomeSafe LESA | HomeSafe LESA | HomeSafe LESA | HECM Monthly CMT | HECM 60 Fixed |
|---|---|---|---|---|---|
| Qualifying Age | 77 | 77 | 77 | 77 | 77 |
| Home Value | $1,225,000.00 | $1,225,000.00 | $1,225,000.00 | $1,225,000.00 | $1,225,000.00 |
| Max Loan Amount/Max Claim Amount | $1,225,000.00 | $1,225,000.00 | $1,225,000.00 | $970,800.00 | $970,800.00 |
| Principal Limit | $596,575.00 | $596,575.00 | $535,325.00 | $525,202.80 | $446,568.00 |
| Initial Draw Amount (includes payoffs and closing costs) | $540,339.52 | $540,339.52 | $479,089.52 | $480,492.54 | $405,054.74 |
| Remaining Line of Credit | N/A | N/A | N/A | $0.00 | $0.00 |
| IMIP | $0.00 | $0.00 | $0.00 | $19,416.00 | $19,416.00 |
| Third Party Closing Costs | $5,486.95 | $5,486.95 | $5,486.95 | $2,470.45 | $2,470.45 |
| Origination Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Closing Costs** | **$1,525.00** | **$1,525.00** | **$1,525.00** | **$17,924.50** | **$17,924.50** |
| Initial Interest Rate | 9.365% | 9.240% | 8.365% | 4.840% | 5.990% |
| Annual Mortgage Insurance Premium | N/A | N/A | N/A | 0.500% | 0.500% |
| **Total Interest Rate** | **9.365%** | **9.240%** | **8.365%** | **5.340%** | **6.490%** |
| Lifetime Cap on Interest Rate | N/A | N/A | N/A | 14.840% | N/A |
| Growth Rate | N/A | N/A | N/A | 5.340% | N/A |
| Total Annual Loan Costs* - Based on 4% | | | | | |
| 2 Years | 14.867% | 14.739% | 14.507% | 11.943% | 13.971% |
| 6 Years | 11.178% | 11.051% | 10.381% | 7.496% | 8.927% |
| 11 Years | 10.348% | 10.222% | 9.455% | 6.500% | 7.800% |
| 15 Years | 8.696% | 8.696% | 9.158% | 6.183% | 7.441% |
| Monthly Service Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Based on 0% HPA

The cost of any reverse mortgage loan depends on how long you keep the loan and how much your house appreciates in value. Generally, the longer you keep a reverse mortgage, the lower the total annual loan cost rate will be.

This table shows the estimated cost of your reverse mortgage loan, expressed as an annual rate. It illustrates the cost for four loan terms: 2 years, half the life expectancy for someone your age, that life expectancy, and 1.4 times that life expectancy. The table also shows the cost of the loan, assuming the value of your home appreciates at 4%.

The total annual loan cost rates in this table are based on the total charges associated with this loan. These charges typically include principal, interest, closing costs, mortgage insurance premiums, annuity costs and servicing costs (but not disposition costs -- costs when you sell the home).

The rates in this table are estimates. Your actual cost may differ if, for example, the amount of your loan advances varies or the interest rate on your mortgage changes. You may receive projections of loan balances from counselors or lenders that are based on an expected average mortgage rate that differs from the initial interest rate.





**SIGNING AN APPLICATION OR RECEIVING THESE DISCLOSURES DOES NOT REQUIRE YOU TO COMPLETE THIS LOAN**

_____

Borrower - **Joan R Rawlings**          Date



# Reverse Mortgage Amortization Schedule

**Date: July 01, 2022**

**Estimated Amortization Schedule for:** Joan R Rawlings

**This Schedule Assumes An Interest Rate of 9.365% And Home Price Appreciation of 4.0%**

**Additional Assumptions:**

| | | | |
|---|---|---|---|
| Age of Youngest Borrower: | **77** | Refinance Indicator: **No** | |
| Initial Cash Withdrawal: | $ 0.00 | Financed Closing Cost: | $ 1,525.00 |
| Due from Borrower at Closing: | $ 134,542.10 | Monthly Cash to Homeowner: | $ 0.00 |
| Lien Payoffs: | $ 538,814.52 | Monthly Servicing Fee: | $ 0.00 |
| Initial Principal Limit: | $ 596,575.00 | Repair Set Aside: | $ 0.00* |
| Initial Line of Credit: | $ 0.00 | Tax and Insurance Set Aside: | $ 56,235.48* |
| Initial Property Value: | $ 1,225,000.00 | Maximum Claim Amount: | $ 1,225,000.00 |
| | | Beginning Mortgage Balance: | $ 540,339.52 |
| | | Initial Mortgage Insurance (IMIP)%: | 0.000% |

Notes: Actual interest charges and home value projections may vary from amounts shown. Cash To Homeowner includes monthly cash, credit line draws and any tax and insurance payments made from set-aside. Available credit will be less than projected if funds are withdrawn from the line-of-credit.
*Amounts are included in Mandatory Obligations.

| Year | Age | Service Fee | LESA Payment | Cash Adv. | MIP | Interest | Loan Balance | Remaining Credit Line | Principal Limit | Home Value | Net Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 77 | $0 | $4,686 | $0.00 | $0 | $52,982 | $598,007 | $0 | $0 | $1,274,000 | $675,993 |
| 2 | 78 | $0 | $4,686 | $0.00 | $0 | $58,620 | $661,314 | $0 | $0 | $1,324,960 | $663,646 |
| 3 | 79 | $0 | $4,686 | $0.00 | $0 | $64,810 | $730,810 | $0 | $0 | $1,377,958 | $647,148 |
| 4 | 80 | $0 | $4,686 | $0.00 | $0 | $71,605 | $807,102 | $0 | $0 | $1,433,077 | $625,975 |
| 5 | 81 | $0 | $4,686 | $0.00 | $0 | $79,065 | $890,853 | $0 | $0 | $1,490,400 | $599,547 |
| 6 | 82 | $0 | $4,686 | $0.00 | $0 | $87,253 | $982,792 | $0 | $0 | $1,550,016 | $567,224 |
| 7 | 83 | $0 | $4,686 | $0.00 | $0 | $96,243 | $1,083,722 | $0 | $0 | $1,612,016 | $528,294 |
| 8 | 84 | $0 | $4,686 | $0.00 | $0 | $106,111 | $1,194,519 | $0 | $0 | $1,676,497 | $481,978 |
| 9 | 85 | $0 | $4,686 | $0.00 | $0 | $116,945 | $1,316,151 | $0 | $0 | $1,743,557 | $427,406 |
| 10 | 86 | $0 | $4,686 | $0.00 | $0 | $128,837 | $1,449,674 | $0 | $0 | $1,813,299 | $363,625 |
| 11 | 87 | $0 | $4,686 | $0.00 | $0 | $141,893 | $1,596,254 | $0 | $0 | $1,885,831 | $289,577 |
| 12 | 88 | $0 | $4,686 | $0.00 | $0 | $156,225 | $1,757,165 | $0 | $0 | $1,961,264 | $204,099 |
| 13 | 89 | $0 | $0 | $0.00 | $0 | $171,809 | $1,928,974 | $0 | $0 | $2,039,715 | $110,741 |
| 14 | 90 | $0 | $0 | $0.00 | $0 | $188,608 | $2,117,581 | $0 | $0 | $2,121,304 | $3,723 |
| 15 | 91 | $0 | $0 | $0.00 | $0 | $207,049 | $2,324,630 | $0 | $0 | $2,206,156 | $0.00 |

| 16 | 92 | $0 | $0 | $0.00 | $0 | $227,293 | $2,551,924 | $0 | $0 | $2,294,402 | $0.00 |
|----|----|----|----|-------|----|----------|------------|----|----|------------|-------|
| 17 | 93 | $0 | $0 | $0.00 | $0 | $249,517 | $2,801,441 | $0 | $0 | $2,386,178 | $0.00 |
| 18 | 94 | $0 | $0 | $0.00 | $0 | $273,914 | $3,075,355 | $0 | $0 | $2,481,625 | $0.00 |
| 19 | 95 | $0 | $0 | $0.00 | $0 | $300,696 | $3,376,051 | $0 | $0 | $2,580,890 | $0.00 |
| 20 | 96 | $0 | $0 | $0.00 | $0 | $330,097 | $3,706,149 | $0 | $0 | $2,684,126 | $0.00 |
| 21 | 97 | $0 | $0 | $0.00 | $0 | $362,373 | $4,068,522 | $0 | $0 | $2,791,491 | $0.00 |
| 22 | 98 | $0 | $0 | $0.00 | $0 | $397,804 | $4,466,326 | $0 | $0 | $2,903,151 | $0.00 |
| 23 | 99 | $0 | $0 | $0.00 | $0 | $436,700 | $4,903,026 | $0 | $0 | $3,019,277 | $0.00 |

_____

Borrower - **Joan R Rawlings**      Date



Mortgage Cadence Document Center © 10958 06/21



HomeSafe Amortization Schedule

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
**Fixed Rate**

| | | | |
|---|---|---|---|
| Date: | July 01, 2022 | Loan No: | �as2536 |
| Lender: | Finance of America Reverse LLC | Borrower(s): | Joan R Rawlings |
| | 8023 East 63rd Place, Suite 700 | Property | 4534 NE 204TH PLACE |
| | Tulsa, OK 74133 | Address: | LAKE FOREST PARK, WA 98155 |
| [ X ] Preliminary [    ] Final | | | |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after making all payments as scheduled. |
| **9.574** | **$1,005,516.77** | **$590,736.74** | **$1,596,253.51  e** |

## INTEREST RATE AND PAYMENT SUMMARY

| | Rate & Payment |
|---|---|
| Interest Rate | **9.365%** |
| Principal + Interest + Mortgage Insurance Payment | **$1,596,253.51  e** |
| **Total Est. Payment** | **$1,596,253.51  e** |

(e) The disclosed amounts marked with an "e" are estimates and assume that your loan will be due and payable upon reaching your life expectancy or, if there is more than one Borrower, the life expectancy of the youngest borrower. However, your loan will be due and payable upon the first to occur of any of the Maturity Events contained in the Loan Agreement.

The disclosed amounts assume full repayment of the amount advanced plus accrued interest, although the amount you may be required to pay is limited by your agreement.

ABILITY TO REFINANCE: There is no guarantee that you will be able to refinance to lower your rate and payments.

DEMAND: This obligation has a demand feature.

SECURITY: You are giving a mortgage on your principal residence.

PREPAYMENT: If you pay off early, you will not have to pay a penalty, and you will not be entitled to a refund of any finance charge.

INSURANCE: You may obtain property insurance from anyone that is acceptable to FINANCE OF AMERICA REVERSE LLC.

ASSUMPTION: Someone buying your house will not be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, right to accelerate the maturity of the obligation, the creditor's policy regarding assumption or any required repayment in full before the scheduled repayment date.

You are not required to complete this agreement merely because you have received this disclosure or signed a loan application.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_____
 Borrower - **Joan R Rawlings**          Date





# Good Faith Estimate (GFE)

Loan Number: ████ 2536

| Name of Originator | HighTechLending Inc | Borrower | Joan R Rawlings |
|---|---|---|---|
| Originator Address | 2030 Main Street Suite 350,, Irvine, CA, 92614 | Property Address | 4534 NE 204TH PLACE LAKE FOREST PARK, WA 98155 |
| Originator Phone Number | (425) 455-8466 | | |
| Originator Email | mquintana@hightechlending.com | Date of GFE | July 01, 2022 |

**Purpose**

This GFE gives you an estimate of your settlement charges and loan terms if you are approved for this loan. For more information, see HUD's *Special Information Booklet* on settlement charges, your *Truth-in-Lending Disclosures*, and other consumer information at www.hud.gov/respa. If you decide you would like to proceed with this loan, contact us.

**Shopping for your loan**

Only you can shop for the best loan for you. Compare this GFE with other loan offers, so you can find the best loan. Use the shopping chart on page 3 to compare all the offers you receive.

**Important dates**

1. The interest rate for this GFE is available through July 01, 2022. After this time, the interest rate, some of your loan Origination Charges, and the monthly payment shown below can change until you lock your interest rate.

2. This estimate for all other settlement charges is available through July 18, 2022.

3. After you lock your interest rate, you must go to settlement within N/A days (your rate lock period) to receive the locked interest rate.

4. You must lock the interest rate at least N/A days before settlement.

**Summary of your loan**

| | |
|---|---|
| Your initial loan amount is | $596,575.00 |
| Your loan term is | N/A years |
| Your initial interest rate is | 9.365% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ N/A per month |
| Can your interest rate rise? | [X] No [ ] Yes, it can rise to a maximum of _____%. The first change will be in _____. |
| Even if you make payments on time, can your loan balance rise? | [ ] No [X] Yes, it can rise to a maximum of $**Unknown** |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and any mortgage insurance rise? | [X] No [ ] Yes, the first increase can be in _____ and the monthly amount owed can rise to $_____. The maximum it can ever rise to is $_____. |
| Does your loan have a prepayment penalty? | [X] No [ ] Yes, your maximum prepayment penalty is $_____ |
| Does your loan have a balloon payment? | [X] No [ ] Yes, you have a balloon payment of $_____ due in _____ years. |

**Escrow account information**

Some lenders require an escrow account to hold funds for paying property taxes or other property-related charges in addition to your monthly amount owed of $**N/A**.
Do we require you to have an escrow account for your loan?
[ ] No, you do not have an escrow account. You must pay these charges directly when due.
[X] Yes, you have an escrow account. It may or may not cover all of these charges. Ask us.

**Summary of your settlement charges**

| A | Your Adjusted Origination Charges *(See page 2 )* | $186.95 |
|---|---|---|
| B | Your Charges for All Other Settlement Services *(See page 2 )* | $6,300.00 |
| **A + B** | **Total Estimated Settlement Charges** | $6,486.95 |





Mortgage Cadence Document Center © 1534 FN1213000046800       OMB Approval No. 2502-0265       Good Faith Estimate (HUD-GFE) 1

**Understanding your estimated settlement charges**

| Your Adjusted Origination Charges | |
|---|---|
| **1. Our origination charge** <br> This charge is for getting this loan for you. | $40,186.95 |
| **2. Your credit or charge (points) for the specific interest rate chosen** <br> [  ] The credit or charge for the interest rate of __%__ is included in "Our origination charge." (See item 1 above.) <br> [ **X** ] You receive a credit of $40,000.00 for this interest rate of _9.365%._ <br>      This credit **reduces** your settlement charges. <br> [  ] You pay a charge of $_____ for this interest rate of __%.__ <br>      This charge (points) **increases** your total settlement charges. <br> The tradeoff table on page 3 shows that you can change your total settlement charges by choosing a different interest rate for this loan. | -$40,000.00 |

| **A** Your Adjusted Origination Charges | $186.95 |
|---|---|

| Your Charges for All Other Settlement Services | |
|---|---|

*Some of these charges can change at settlement. See the top of page 3 for more information.*

| **3. Required services that we select** <br> These charges are for services we require to complete your settlement. <br> We will choose the providers of these services. | $1,045.00 |
|---|---|

| Service | Charge | Service | Charge |
|---|---|---|---|
| Appraisal Fee | $1,000.00 | | |
| Credit Report Lender | $30.00 | | |
| Flood Certificate | $15.00 | | |
| | | | |
| | | | |

| **4. Title services and lender's title insurance** <br> This charge includes the services of a title or settlement agent, for example, and title insurance to protect the lender, if required. | $4,825.00 |
|---|---|
| **5. Owner's title insurance** <br> You may purchase an owner's title insurance policy to protect your interest in the property. | $0.00 |
| **6. Required services that you can shop for** <br> These charges are for other services that are required to complete your settlement. We can identify providers of these services or you can shop for them yourself. Our estimates for providing these services are below. | $125.00 |

| Service | Charge | Service | Charge |
|---|---|---|---|
| Counseling Fee | $125.00 | | |
| | | | |
| | | | |

| **7. Government recording charges** <br> These charges are for state and local fees to record your loan and title documents. | $300.00 |
|---|---|
| **8. Transfer taxes** <br> These charges are for state and local fees on mortgages and home sales. | $5.00 |
| **9. Initial deposit for your escrow account** <br> This charge is held in an escrow account to pay future recurring charges on your property and includes [ ] all property taxes, [ ] all insurance, and [ ] other ___. | $0.00 |
| **10. Daily interest charges** <br> This charge is for the daily interest on your loan from the day of your settlement until the first day of the next month or the first day of your normal mortgage payment cycle. This amount is $ ____ per day for ____ days (if your settlement is ____). | $0.00 |
| **11. Homeowner's insurance** <br> This charge is for the insurance you must buy for the property to protect from a loss, such as fire. | $0.00 |

| Policy | Charge | Policy | Charge |
|---|---|---|---|
| | | | |
| | | | |

| **B** Your Charges for All Other Settlement Services | $6,300.00 |
|---|---|
| **A** + **B** **Total Estimated Settlement Charges** | $6,486.95 |


Mortgage Cadence Document Center  © 1524 FN1213  00000468900


Good Faith Estimate (HUD-GFE) 2

OMB Approval No. 2502-0265

## Instructions

### Understanding which charges can change at settlement

This GFE estimates your settlement charges. At your settlement, you will receive a HUD-1, a form that lists your actual costs. Compare the charges on the HUD-1 with the charges on this GFE. Charges can change if you select your own provider and do not use the companies we identify. (See below for details.)

| These charges cannot increase at settlement: | The total of these charges can increase up to 10% at settlement: | These charges can change at settlement: |
|---|---|---|
| • Our origination charge<br>• Your credit or charge (points) for the specific interest rate chosen *(after you lock in your interest rate)*<br>• Your adjusted origination charges *(after you lock in your interest rate)*<br>• Transfer taxes | • Required services that we select<br>• Title services and lender's title insurance *(if we select them or you use companies we identify)*<br>• Owner's title insurance *(if you use companies we identify)*<br>• Required services that you can shop for *(if you use companies we identify)*<br>• Government recording charges | • Required services that you can shop for *(if you do not use companies we identify)*<br>• Title services and lender's title insurance *(if you do not use companies we identify)*<br>• Owner's title insurance *(if you do not use companies we identify)*<br>• Initial deposit for your escrow account<br>• Daily interest charges<br>• Homeowner's insurance |

### Using the tradeoff table

In this GFE, we offered you this loan with a particular interest rate and estimated settlement charges. However:
• If you want to choose this same loan with **lower settlement charges**, then you will have a **higher interest rate**.
• If you want to choose this same loan with a **lower interest rate**, then you will have **higher settlement charges**.
If you would like to choose an available option, you must ask us for a new  GFE.
*Loan originators have the option to complete this table. Please ask for additional information if the table is not completed.*

| | The loan in this GFE | The same loan with lower settlement charges | The same loan with a lower interest rate |
|---|---|---|---|
| Your initial loan amount | $596,575.00 | $596,575.00 | $596,575.00 |
| Your initial interest rate[1] | 9.365% | % | % |
| Your initial monthly amount owed | $N/A | $ | $ |
| Change in the monthly amount owed from this GFE | No change | You will pay $ **more** every month | You will pay $_____ **less** every month |
| Change in the amount you will pay at settlement with this interest rate | No change | Your settlement charges will be **reduced** by $ | Your settlement charges will **increase** by $ |
| How much your total estimated settlement charges will be | $6,486.95 | $ | $ |

[1]*For an adjustable rate loan, the comparisons above are for the initial interest rate before adjustments are made.*

### Using the shopping chart

Use this chart to compare GFEs from different loan originators. Fill in the information by using a different column for each GFE you receive. By comparing loan offers, you can shop for the best loan.

| | This loan | Loan 2 | Loan 3 | Loan 4 |
|---|---|---|---|---|
| Loan originator name | HighTechLending Inc | | | |
| Initial loan amount | $596,575.00 | | | |
| Loan term | N/A years | | | |
| Initial interest rate | 9.365% | | | |
| Initial monthly amount owed | $N/A | | | |
| Rate lock period | N/A | | | |
| Can interest rate rise? | No | | | |
| Can loan balance rise? | Yes | | | |
| Can monthly amount owed rise? | No | | | |
| Prepayment penalty? | No | | | |
| Balloon payment? | No | | | |
| **Total Estimated Settlement Charges** | $6,486.95 | | | |

### If your loan is sold in the future

Some lenders may sell your loan after settlement. Any fees lenders receive in the future cannot change the loan you receive or the charges you paid at settlement.



# ITEMIZATION OF GFE FEES

Loan Number: ████2536                                      Date: **July 01, 2022**

Borrower(s):   **Joan R Rawlings**

Property Address:   **4534 NE 204TH PLACE, LAKE FOREST PARK, WA 98155**

Lender:      **Finance of America Reverse LLC**

| FEE DESCRIPTION | AMOUNT | POC | PAID BY | PAID TO | GFE BLOCK # |
|---|---|---|---|---|---|
| 804 Appraisal Fee | $1,000.00 | Y | Borrower | | 3 |
| 805 Credit Report Lender | $30.00 | | Borrower | | 3 |
| 807 Flood Certificate | $15.00 | | Borrower | | 3 |
| 808 Lender Paid Broker Compensation | $40,000.00 | | Lender | | 1 |
| 811 Document Preparation Fee (Lender) | $175.00 | | Borrower | | 1 |
| 812 MERS Registration Fee | $11.95 | | Borrower | | 1 |
| 1102 Title Settlement/Closing Fee | $575.00 | | Borrower | | 4 |
| 1104 Title Insurance - Lender Premium | $4,000.00 | | Borrower | | 4 |
| 1113 Title - Notary Fees | $250.00 | | Borrower | | 4 |
| 1206 Recording Charges Mortgage | $300.00 | | Borrower | | 7 |
| 1208 City/County Tax/Stamps - Deed | $5.00 | | Borrower | | 8 |
| 1303 Counseling Fee | $125.00 | | Borrower | | 6 |

Subtotal of Estimated Fees and Costs:   **$46,486.95**

The credit report fee, property appraisal fee, and all other third-party fees are non-refundable except that amounts collected in excess of the actual cost of such services will be refunded.  If the credit report, property appraisal, or any other third-party service has not been performed, the fee for such service will be refunded in full.

_____
Borrower - **Joan R Rawlings**                    Date



Mortgage Cadence Document Center  © 1852 03/12



| **FACTS** | WHAT DOES FINANCE OF AMERICA DO WITH YOUR PERSONAL INFORMATION? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social security number and account balances<br>• Credit scores and income<br>• Payment history and transaction history |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Finance of America chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does Finance of America share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -**<br>To offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes -**<br>information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes -**<br>Information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For our nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | Mail the form below.<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|

| Questions | Call toll free at (833) 411-1461 |
|---|---|

| **Mail-in Form** | |
|---|---|

Mark any/all you want to limit:

☐    Do not share information about my creditworthiness with your affiliates for their everyday business purposes.

☐    Do not allow your affiliates to use my personal information to market to me.

☐    Do not share my personal information with nonaffiliates to market their products and services to me.

| Name | Joan R Rawlings |
|---|---|
| Address | 4534 NE 204th PL |
| City, State, Zip | Lake Forest Park, WA 98155 |
| Loan Number | 2200022536 |

**Mail To:** Finance of America, Attn. Privacy Notice, 1 West Elm Street, First Floor, Conshohocken, PA 19428



Mortgage Cadence Document Center © 13461 04/22



| Who we are | |
|---|---|
| Who is providing this notice? | Finance of America Mortgage LLC, Finance of America Reverse LLC, and Finance of America Home Improvement |

| What we do | |
|---|---|
| **How does Finance of America protect my information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Finance of America collect my personal information?** | We collect your personal information, for example, when you:<br>• Apply for a loan or give us your income information<br>• Give us your wage statements or provide account information<br>• Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates and other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>• Sharing for affiliates everyday business purposes - information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State Laws and individual companies may give you additional rights to limit sharing. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial or nonfinancial companies.<br>• Our affiliates include *other companies with a Finance of America name, such as Finance of America Mortgage LLC, Finance of America Reverse LLC, Finance of America Home Improvement, Boston National Title, companies with BNT in the name, The Closer, Agents National Title Insurance Company, Gulf Coast Title Insurance Company and companies with Incenter in the name.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates we share with include *providers of insurance, warranty and related services and direct marketing.* |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Our joint marketing partners include *insurance providers and warranty or service contract providers.* |





| Other Important Information |
|---|

**For California Residents**: In accordance with California law, we will not share information we collect about California residents with nonaffiliates except as permitted by law, such as with the consent of the customer or to service the customer's accounts. We will also limit the sharing of information about you with our affiliates to the extent required by applicable California law.

**For Nevada Residents**: We are providing you this notice pursuant to Nevada law. If you prefer not to receive marketing calls from us, you may be placed on our Internal Do Not Call List by calling us at (888) 488-8471. You also may contact the Bureau of Consumer Protection, Office of the Nevada Attorney General, at 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: 702.486.3132; email: AGINFO@ag.nv.gov.

**For North Dakota Residents**: In accordance with North Dakota law, we will not share information we collect about North Dakota residents with nonaffiliates except as permitted by law, such as with the consent of the customer or to maintain or service the customer's account.

**For Vermont Residents**: In accordance with Vermont law, we will not share information we collect about Vermont residents with nonaffiliates except as permitted by law, such as with the consent of the customer or to service the customer's accounts. We will not share creditworthiness information about Vermont residents with our affiliates except with the authorization or consent of the Vermont resident.



Mortgage Cadence Document Center © 13461 04/22

