
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JOAN RAIDER RAWLINGS,<br><br>               Debtors. | Case No. 21-10025-TWD<br><br>Chapter: 13<br><br>EX PARTE ORDER TO SHORTEN TIME |

THIS MATTER having come before the Court on the Debtor's Ex Parte Motion for an Order to Shorten Time on Motion to Approve Reverse Mortgage, the Court finding efforts to provide service adequate, that exigent circumstances exist which would cause harm to Debtor if the hearing were not held on shortened time, and for good cause appearing:

IT IS HEREBY ORDREED, ADJUDGED AND DECREED:

1.    The Motion to Shorten Time is Granted.

2.    Counsel will include a copy of the Order Shortening Time with the Notice of Hearing on Debtor's Motion to Allow Reverse Mortgage that will be sent to all creditors.

3.    That the hearing on Debtor's Motion to Allow Reverse Mortgage shall be held on July, 15 2022 at 9:30 am. Responses shall be filed on or before July 14, 2022 at 3:00 p.m.

EX PARTE ORDER TO SHORTEN
TIME - 1

**HENRY & DEGRAAFF, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 49    Filed 07/11/22    Ent. 07/11/22 07:51:30    Pg. 1 of 2

4. Notice shall be provided to parties in interest via first class mail by July 11, 2022.

// END OF ORDER//

Presented by:

HENRY & DEGRAAFF, PS

*/s/ Christina L Henry*
Christina L Henry, WSBA# 31273
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Tel# 206-330-0595
chenry@hdm-legal.com
*Attorney* for the Debtor

EX PARTE ORDER TO SHORTEN TIME - 2

**HENRY & DEGRAAFF, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 49    Filed 07/11/22    Ent. 07/11/22 07:51:30    Pg. 2 of 2