The Honorable Timothy W. Dore
Chapter 13
Hearing Date: July 15, 2022
Time: 9:30 am
Hearing Location: US Courthouse Seattle
700 Steward St, 8th Floor
Courtroom 6301
Seattle, WA 98101
Response Due: July 14, 2022

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JOAN RAIDER RAWLINGS<br><br>            Debtors. | Case No. 22-10025-TWD<br><br>Chapter: 13<br><br>NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE REVERSE MORTGAGE |

**PLEASE TAKE NOTICE** that the hearing on Debtor's Motion to Approve Reverse Mortgage will be held on July 15, 2022

| JUDGE: | The Honorable Timothy W. Dore |
|---|---|
| PLACE: | US Courthouse Seattle<br>700 Steward St, 8th Floor<br>Courtroom 6301<br>Seattle, WA 98101 |
| DATE: | July 15, 2022 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **June 14, 2022 at 3:00pm** |

**IF YOU OPPOSE** the Motion, you must file your written response with the Court Clerk and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE, which is July 15, 2022**.** If you file a response, you are also required by **July 14, 2022 at 3:00pm.**

NOTICE OF HEARING - 1

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this July 11, 2022.

                                           HENRY & DEGRAAFF, P.S.

                                           <u>By: */s/ Christina L Henry*</u>
                                           Christina L Henry WSBA #31273
                                           113 Cherry St, PMB 58364
                                           Seattle, WA 98104-2205
                                           Tel# 206-330-0595
                                           chenry@hdm-legal.com
                                           *Attorney* for the Debtor

NOTICE OF HEARING - 2

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 56    Filed 07/11/22    Ent. 07/11/22 10:09:46    Pg. 2 of 2