<pre>
                                                          The Honorable Timothy W. Dore
                                                                              Chapter 13
                                                              Hearing Date: July 15, 2022
                                                                          Time: 9:30 am
                                                       Hearing Location: US Courthouse Seattle
                                                                  700 Steward St, 8th Floor
                                                                         Courtroom 6301
                                                                        Seattle, WA 98101
                                                               Response Due: July 14, 2022
</pre>

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

JOAN RAIDER RAWLINGS

        Debtors.

Case No. 22-10025-TWD

Chapter: 13

**AMENDED** NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE REVERSE MORTGAGE

**PLEASE TAKE NOTICE** that the hearing on Debtor's Motion to Approve Reverse Mortgage will be held on July 15, 2022 (CORRECTING RESPONSE DATE)

| JUDGE: | The Honorable Timothy W. Dore |
|---|---|
| PLACE: | US Courthouse Seattle<br>700 Steward St, 8th Floor<br>Courtroom 6301<br>Seattle, WA 98101 |
| DATE: | July 15, 2022 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **July 14, 2022 at 3:00pm** |

**IF YOU OPPOSE** the Motion, you must file your written response with the Court Clerk and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE, which is **July 14, 2022 at 3:00pm.**

NOTICE OF HEARING - 1

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 58    Filed 07/11/22    Ent. 07/11/22 11:52:39    Pg. 1 of 2

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this July 11, 2022.

HENRY & DEGRAAFF, P.S.

By: */s/ Christina L Henry*
Christina L Henry WSBA #31273
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Tel# 206-330-0595
chenry@hdm-legal.com
*Attorney* for the Debtor

NOTICE OF HEARING - 2

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 58    Filed 07/11/22    Ent. 07/11/22 11:52:39    Pg. 2 of 2