**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

JOAN RAIDER RAWLINGS,

               Debtors.

Case No. 22-10025-TWD

Chapter: 13

DEBTOR'S EX PARTE ORDER TO SHORTEN TIME ON MOTION FOR APPROVAL OF COMPROMISE OF CLAIM

THIS MATTER having come before the Court on the Debtor's *Ex Parte* Motion for an Order to Shorten Time on Motion for Approval of Compromise of Claim, the Court finding efforts to provide service adequate, that exigent circumstances exist which would cause harm to Debtor if the hearing were not held on shortened time, and for good cause appearing:

IT IS HEREBY ORDREED, ADJUDGED AND DECREED:

   1.    The Motion to Shorten Time is Granted on the Motion for Approval of Compromise of Claim

   2.    Counsel will include a copy of the Order Shortening Time with the Notice of Hearing on Debtor's Motion for Approval of Compromise of Claim will be sent to all

EX PARTE TO SHORTEN TIME ON
MOTION FOR APPROVAL OF
COMPROMISE OF CLAIM - 1

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

creditors.

      3.      That the hearing on Debtor's for Approval of Compromise of Claim shall be held on July 15 2022 at 9:30 am. Responses shall be filed on or before July 14, 2022 at 3:00 p.m.

      4.      Notice shall be provided to parties in interest via first class mail by July 11, 2022.

// END OF ORDER//

Presented by:

HENRY & DEGRAAFF, PS

*/s/ Christina L Henry*
Christina L Henry, WSBA# 31273
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Tel# 206-330-0595
chenry@hdm-legal.com
*Attorney* for the Debtor

EX PARTE TO SHORTEN TIME ON
MOTION FOR APPROVAL OF
COMPROMISE OF CLAIM - 2

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 60    Filed 07/12/22    Ent. 07/12/22 09:57:03    Pg. 2 of 2