UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>JOAN RAIDER RAWLINGS | CASE NO: 22-10025-TWD<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 60 |

On 7/12/2022, I did cause a copy of the following documents, described below,

Order Granting Motion to Shorten Time ECF Docket Reference No. 60

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/12/2022

/s/ Christina L Henry
Christina L Henry  31273

Henry & DeGraaff,PS
113 Cherry St, PMB 58364
Seattle, WA  98104
206 324 6677
chenry@hdm-legal.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| IN RE: | CASE NO: 22-10025-TWD |
|---|---|
| JOAN RAIDER RAWLINGS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 60 |

On 7/12/2022, a copy of the following documents, described below,

Order Granting Motion to Shorten Time ECF Docket Reference No. 60

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/12/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christina L Henry
Henry & DeGraaff, PS
113 Cherry St, PMB 58364
Seattle, WA 98104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-10025-TWD<br>WESTERN DISTRICT OF WASHINGTON<br>TUE JUL 12 12-13-17 PST 2022 | (U)COURTESY NEF | (U)US BANK NATIONAL ASSOCIATION AS TRUSTEE F |
| EXCLUDE<br>US BANKRUPTCY COURT<br>700 STEWART ST ROOM 6301<br>SEATTLE WA 98101-4441 | AMERICAN EXPRESS CENTURION BANK<br>PO BOX 981537<br>EL PASO TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMERICAN EXPRESS NATIONAL BANK AENB<br>CO ZWICKER AND ASSOCIATES PC<br>ATTORNEYSAGENTS FOR CREDITOR<br>PO BOX 9043<br>ANDOVER MA 01810-0943 | CITIBANKSEARS<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | HENRY DEGRAAFF PS<br>HENRY DEGRAAFF PS<br>119 1ST AVE S 500<br>SEATTLE WA 98104-3400 |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLV<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLV<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DEBTOR<br>JOAN RAIDER RAWLINGS<br>4534 NE 204TH PL<br>LAKE FOREST PARK WA 98155-1751 |
| JUSTIN D BALSER<br>5 PARK PLZ STE 1400<br>IRVINE CA 92614-2545 | (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | NATIONSTAR MORTGAGE LLC<br>ATTN BANKRUPTCY<br>PO BOX 619081<br>DALLAS TX 75261-9081 |
| QUALITY LOAN SERVICE CORPORATION OF WASHINGT<br>CO ROBERT MCDONALD<br>108 1ST AVE S 202<br>SEATTLE WA 98104-2538 | SUTTELL HAMMER PS<br>PO BOX C90006<br>BELLEVUE WA 98009 | SYNCHRONY BANKCHEVRON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| US BANK NATIONAL ASSOCIATION<br>CO NATIONSTAR MORTGAGE LLC DBA MR CO<br>ATTN BANKRUPTCY DEPT<br>PO BOX 619096<br>DALLAS TX 75261-9096 | US BANK NATIONAL ASSOCIATION AS TRUSTEE F<br>60 LIVINGSTON AVE EPMNWS3D<br>SAINT PAUL MN 55107-2292 | EXCLUDE<br>UNITED STATES TRUSTEE<br>700 STEWART ST STE 5103<br>SEATTLE WA 98101-4438 |
| EXCLUDE<br>CHRISTINA L HENRY<br>HENRY DEGRAAFF PS<br>113 CHERRY STREET<br>PMB 58364<br>SEATTLE WA 98104-2205 | EXCLUDE<br>JASON WILSONAGUILAR<br>600 UNIVERSITY ST 1300<br>SEATTLE WA 98101-4102 | DEBTOR<br>(D)JOAN RAIDER RAWLINGS<br>4534 NE 204TH PL<br>LAKE FOREST PARK WA 98155-1751 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (Trustee) | (US Trustee) | (Creditor) |
|---|---|---|
| Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101<br>represented by:<br>Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101<br><br>courtmail@seattlech13.com | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br><br>USTPRegion18.SE.ECF@usdoj.gov | represented by:<br>Jesse A P Baker<br>Aldridge Pite, LLP<br>4375 Jutland Dr Ste 200<br>PO Box 17933<br>San Diego, CA 92177-0933<br><br>ecfwawb@aldridgepite.com |

| (Debtor) | (Interested Party) |
|---|---|
| Joan Raider Rawlings<br>4534 NE 204th Pl<br>Lake Forest Park, WA 98155<br>represented by:<br>Christina L Henry<br>Henry & DeGraaff, P.S.<br>113 Cherry Street<br>Pmb 58364<br>Seattle, WA 98104-2205<br><br>chenry@hdm-legal.com | represented by:<br>Jesse A P Baker<br>Aldridge Pite, LLP<br>4375 Jutland Dr Ste 200<br>PO Box 17933<br>San Diego, CA 92177-0933<br><br>ecfwawb@aldridgepite.com |