**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

JOAN RAIDER RAWLINGS,

          Debtors.

Case No. 22-10025-TWD

Chapter: 13

ORDER APPROVING ~~APPROVE~~ REVERSE MORTGAGE

THIS MATTER having come before the Court on the Debtor's motion for approval of Reverse Mortgage between Joan Raider Rawlings and Hightechlending, Inc. ("Lender") on the Debtor's home located at 4534 NE 204th Pl, Lake Forest Park, WA 98155 ("Residence"), proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is now therefore

ORDERED that:

1. Joan Raider Rawlings is allowed to enter into a Reverse Mortgage Loan to encumber her property located at 4534 NE 204th Pl, Lake Forest Park, WA 98155;

2. Joan Raider Rawlings shall provide the Trustee with the final Settlement Statement;

3. Homesight is authorized to wire $60,000 to Chicago Title Insurance Company

ORDER TO APPROVE REVERSE
MORTGAGE - 1

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

prior to closing to assist in funding this reverse mortgage transaction.

// END OF ORDER //

Presented by:

HENRY & DEGRAAFF, PS

_/s/ Christina L Henry_
Christina L Henry, WSBA# 31273
113 Cherry St, PMB 58364
Seattle, WA 98104-2205
Tel# 206-330-0595
chenry@hdm-legal.com
*Attorney* for the Debtor

Approved as to Form:

_/s/ Jason Wilson-Aguilar_
Jason Wilson-Aguilar, WSBA# 33582
Chapter 13 Trustee

ORDER TO APPROVE REVERSE
MORTGAGE - 2

**HENRY & DeGraaff, PS**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

Case 22-10025-TWD    Doc 86    Filed 07/15/22    Ent. 07/15/22 13:26:54    Pg. 2 of 2