**Fill in this information to identify the case:**

Debtor 1  **Joan Raider Rawlings**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Western District of Washington**
(State)

Case Number  **22-10025-TWD**

Official Form 410C13-N
# Trustee's Notice of Disbursements Made
12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

## Part 1:  Mortgage Information

**Name of claim holder:**  Nationstar Mortgage LLC dba Mr Cooper

**Court claim no.** (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:  7  8  0  5

**Property Address:**  4534 NE 204th Pl
Number        Street

Lake Forest Park                        WA    98155
City                                    State    ZIP Code

## Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3:  Arrearages

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

| **Part 4:** | **Postpetition Payment** |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Claim was paid through reverse mortgage and compromise.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:     $    8,876.49

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $    350.00

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✖ /s/ Jason Wilson-Aguilar                              Date    02/25/2026
Signature

Trustee    Jason Wilson-Aguilar
First Name          Middle Name          Last Name

Address    600 University Street, Suite 1300
Number          Street

Seattle                              WA      98101
City                              State      ZIP Code

Contact phone  (206) 624-5124          Email  courtmail@seattlech13.com

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---------|------|------|---------|--------------------|--------|
| 3 | Nationstar Mortgage LLC dba Mr Cooper | 04/29/2022 | 3487602 | System Check To Creditor Principal | 5,613.64 |
| 3 | Nationstar Mortgage LLC dba Mr Cooper | 05/31/2022 | 3489452 | System Check To Creditor Principal | 1,403.41 |
| 3 | Nationstar Mortgage LLC dba Mr Cooper | 06/30/2022 | 3491338 | System Check To Creditor Principal | 1,403.41 |
| 3 | Nationstar Mortgage LLC dba Mr Cooper | 07/29/2022 | 3493082 | System Check To Creditor Principal | 456.03 |
| | | | | Total for Claim Number 3: | 8,876.49 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **8,876.49** |

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---------|------|------|---------|--------------------|--------|
| 3 | Nationstar Mortgage LLC dba Mr Cooper | 05/31/2022 | 3489452 | System Check To Creditor Principal | 330.08 |
| 3 | Nationstar Mortgage LLC dba Mr Cooper | 06/30/2022 | 3491338 | System Check To Creditor Principal | 19.92 |
| | | | | Total for Claim Number 3: | 350.00 |
| | | | | **Total for Part 5 (Postpetition Fees, Expenses, and Charges):** | **350.00** |